Electronic Appearance Sheet

Katherine Hopkins, Kelly Hart & Hallman LLP
Client(s): Tetra Pak, Inc., creditor

Meredith Lahaie, Akin Gump Strauss Hauer & Feld LLP
Client(s): BioSteel Sports Nutrition Inc., the foreign representative

Rachel Biblo Block, Akin Gump Strauss Hauer & Feld LLP
Client(s): BioSteel Sports Nutrition Inc., the foreign representative

PLaton Alexandrakis, Alexandrakis Law PLLC.
Client(s): World Equity Brand Builders LLC. - Client of BioSteel