**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 15 |
|  | ) |  |
| BIOSTEEL SPORTS NUTRITION INC., | ) | Case No. 23-90777 (DRJ) |
|  | ) |  |
| Debtor in a Foreign Proceeding. | ) |  |
|  | ) |  |

**MASTER SERVICE LIST**
**(as of September 21, 2023)**

| Entity | Contact Information |
|---|---|
| 1 UP Creative LLC | jd@1upsportsmarketing.com<br>2505 Anthem Village Dr<br>Henerson, NV 89052 |
| 1000298920 Ontario Inc. O/A NV Reporting & Process Automation | eod2_bio@trajectoryinc.com<br>386 Grovehill Rd<br>Oakville, ON L6H 6P3<br>Canada |
| 15 and the Mahomies Foundation | phil@15andthemahomies.org<br>8930 West Sunset Blvd. Suite #240<br>Las Vegas, NV 89148 |
| 7 Eleven | GM-MerchAcct-Allowance@7-11.com<br>7-eleven Canada<br>Suite 2400, 13450 102nd Ave<br>Surrey, BC V3T OC3<br>Canada |
| 7G Distributing, LLC | 9925 6th Street SW<br>Cedar Rapids, IA 52404 |
| A.L. George LLC | cpirozzi@algeorgeco.com<br>AL George LLC / OBC<br>7655 Edgecomb Dr<br>Liverpool, NY 13088 |
| abcrc | rgomez@abcrc.com<br>90157 Avenue N.E.<br>Calgary, AB T2E 8X9<br>Canada |
| Acceleration Partners, LLC | accounting@accelerationpartners.com<br>Acceleration partners LLC<br>6 Liberty Sq PMB 96813<br>Boston, MA 02109 |
| Adam Jakopin | Contact Foreign Representative' counsel for information |
| Adams Beverages - Lumberton | Amy.Mullen@adamsbeverages.net<br>797 Canton Rd<br>Lumberton, NC 28360 |
| Adams Beverages of NC | Amy.Mullen@adamsbeverages.net<br>7505 Statesville Road<br>Terry Collom, NC 28269 |
| Admiral Beverage | kelly.coates@admiralbeverge.com<br>Admiral Beverages<br>PO Box 726<br>Worland, WY 82401 |
| Advantage Sales and Marketing, Inc. | ASMstatements@advantagesolutions.net<br>Advantage Sales & Marketing DBA Promo Point Marketing<br>PO Box 744347<br>Atlanta, GA 30374 |
| Advertising X Design (Chris Green) | green_christofer@yahoo.com<br>Chris Green<br>34 Stoney Point D<br>Kingston, MA 02364 |
| Ajax Distributing Company | Ajax Distributing Company, Inc<br>330 Warfield Blvd<br>Clarksville, TN 37043 |

| | |
|---|---|
| Albertsons Companies | Karen.Rodriguez@albertsons.com<br>Norcal Division, PO Box 742918<br>Los Angeles, CA 90074 |
| ALLEGHENY BEVERAGE CO | mchipoletti@alleghenybeverage.com<br>7265 Llier Dr.<br>Fairview, PA 16415 |
| Allen Building 1 | 670 Allen Road<br>Carlisle, PA 17015 |
| Allen Distribution | Tskelton@allendistribution.com<br>Allen Distribution<br>PO Box 62<br>Plainfield, PA 17081 |
| Allen Distribution | One South Shearer Drive, Building #26,<br>Carlisle, PA 17013 |
| Allen Distribution | 4801 Westport Parkway, Building #63<br>Fort Worth, TX 76177 |
| Allen Distribution | 1532 Commerce Avenue<br>Carlisle, PA 17015 |
| Allie Bendus | allie@motoathletic.com<br>3563 Lakeshore Blvd W-Unit 607<br>Toronto, ON M8W 0A3<br>Canada |
| Allstate Beverage | nhargrove@gulfdistributing.com<br>130 Sixth Street<br>Montgomery, AL 36104 |
| Alpha Trading Solutions GmbH | K.Lindauer@alpha.de<br>Am Kletthamer Feld 10<br>85435 Erding, Germany |
| Amoskeag Beverages | alison.luciano@amoskeagbeverages.com<br>P.O. Box 1148<br>Concord, NH 03302 |
| Andrew Nichols | andrew.l.nichols@outlook.com |
| Aramark Canada Ltd. | eft-aramarkscm@aramark.ca<br>ARAMARK Canada Ltd. Supply Chain Management<br>200 - 5150 Spectrum Way<br>Mississauga, ON L4W 5G1<br>Canada |
| Assemblies Unlimited Inc | sales@assemblies.com<br>141 Covington Dr<br>Bloomingdale, IL 60108 |
| B&K DISTRIBUTING | AR@BKDISTRIBUTIN.COM<br>B&K Distributing Company<br>1140 13th St PO Box 772172<br>Steamboat Springs, CO 80477 |
| Baker Distributing Company | PO Box 50<br>North Clarendon, VT 05759 |
| Bashas | eclouse@bashas.com<br>Bashas Inc<br>PO box 488<br>Chandler, AZ 85244 |
| Baumgarten Distributing Co. Inc | tmartin@drinkbdcbeer.com<br>Baumgarten Distributing Co. Inc<br>1618 W Detweiller Dr<br>Peoria, IL 61615 |

| | |
|---|---|
| Bay Food Brokerage, Inc. | Great Bay Distributors Inc<br>2750 Eagle Ave N<br>St Petersburg, FL 33716 |
| Beaudry & Cadrin Inc. | martinepicard@groupebeaudry.com<br>12225, Boul. Metropolitain Est.,<br>Pointe-Aux-Trembles, QC H1B 5R3<br>Canada |
| Bedrock Analytics Corporation | accounting@bedrockanalytics.com<br>350 Frank H Ogawa Plz, Suite 500<br>Oakland, CA 94612 |
| Beer Capitol Distributing | Jasmine.Zabrowski@beercapitol.com<br>W222 N5700 Miller Way<br>Sussex, WI 53089 |
| Belkind & CO Law | eli@belkind-law.com<br>Belkind & Co<br>Haarbaa Towers, 25th Floor, 28 Haarbaa St, Tel-Aviv 6473925<br>Israel |
| Bell Mobility | Bell Mobility Inc<br>P.O. Box 5102<br>Burlington, ON L7R 4R7<br>Canada |
| Ben Deshaies Inc | administration@bendeshaies.com<br>431, 6' Rue Ouest<br>Amost, QB J9T 2V5<br>Canada |
| Ben E. Keith Beverages | Ben E Keith Beverages<br>1805 Record Crossing Rd<br>Dallas, TX 75235 |
| Bernick's Pepsi-Cola of Duluth, Inc | wcampbell@bernicks.com<br>Bernicks Beverage<br>801 Sundial Dr<br>Waite Park, MN 56387 |
| Beverage Marketing Corp of New York | bmcoh@beveragemarketing.com |
| Beverage South Aiken/Columbia | sherry@jackbev.com<br>265 Metropolitan Drive<br>West Columbia, SC 29170 |
| Beverage South Macon | tanya@tribev.com<br>PO Box 226<br>Macon, GA 31202 |
| Beverage South of Aiken LLC dba Beverage South – Columbia | tanya@tribev.com<br>3 Villa Dr. NW<br>West Columbia, SC 29170 |
| Beverage Wholesalers Inc. | lsenf@beveragewholesalers.com<br>PO BOX 1864<br>Fargo, ND 58107 |
| BioSteel Sports Nutrition Inc. | Cassels Brock & Blackwell LLP<br>Attn: Ryan Jacobs<br>rjacobs@cassels.com<br>40 Temperance St., Suite 3200<br>Toronto, ON M5H 0B4<br>Canada |
| BioSteel Sports Nutrition Inc. | KSV Restructuring Inc.<br>Noah Goldstein<br>ngoldstein@ksvadvisory.com<br>220 Bay Street, 13th Floor, PO Box 20<br>Toronto, ON M5J 2W4 |

| | |
|---|---|
| | Canada |
| BlendTek Ingredients | kmcmillan@blendtek.com<br>10 Goddard Crescent<br>Cambridge, ON N3E 0A9<br>Canada |
| Blue Paint Training | bluepainttraining@gmail.com<br>419 W Otterman ST<br>Greensburg, PA 15601 |
| Blue Ridge Beverage | trish.ashley@blueridgebeverage.com<br>PO Box 700<br>Salem, VA 24153 |
| Boomi | BoomiAR@boomi.com<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Borg ITS | accounting@borgits.com<br>1-87 Wingold Ave<br>North York, ON M6B 1P8<br>Canada |
| Brad White | Brad@bluedeercapital.com |
| Brandon Faye | Attn: Charles C. Weller<br>11412 Corley Court<br>San Diego, CA 92126 |
| Breakthru Beverage Minnesota | dscuito@breakthrubev.com<br>475 Prior Avenue N<br>ST. Paul, MN 55104 |
| Briars USA Inc | jvalenti@hgbev.com<br>893 Georges Road<br>South Brunswick, NJ 08092 |
| Brooklyn Events Center, LLC , Brooklyn Nets, LLC and New York Liberty, LLC | IceMiller LLP<br>Attn: Justin Klein<br>Justin.Klein@icemiller.com<br>1500 Broadway, Suite 2900<br>New York, NY 10036 |
| Brooklyn Events Centre, LLC | ssenatus@bseglobal.net<br>168 39th street 7th Floor<br>Brooklyn, NY 11232 |
| Brookshire Brothers | PO BOX 2058<br>Lufkin, TX 75902-2058 |
| Budweiser Distributing Company | garywilcox@amabud.com<br>100 S Philadelphia<br>Amarillo, TX 79104 |
| Bullseyedonna@50points.com | 13011 Mast Road, RR4<br>Port Perry, ON L9L 1B5<br>Canada |
| C. Weller | LEGAL@CWELLER.COM |
| CAA Sports, LLC | CAASportsAR@caa.com<br>2000 Avenue of the Stars<br>Los Angeles, CA 90067 |
| Canada Post | CMG@canadapost.ca<br>2701 Riverside Dr<br>Ottawa, ON K1A 1 L7<br>Canada |

| | |
|---|---|
| Canada Revenue Agency | 555 Mackenzie Avenue<br>Ottawa, ON L1S 2G2<br>Canada |
| Canadian Analytical Laboratories Inc | credit1@reena-enterprises.com<br>6733 Kitimat Road<br>Mississauga, ON L5N 1W3<br>Canada |
| Canadian Tire | PO BOX 770 Station K.<br>Toronto, ON M4P 2V8<br>Canada |
| Canopy Growth Corporation | Christelle Gedeon<br>Christelle.gedeon@canopygrowth.com |
| Can-Pest Inc. | mack.canpest@gmail.com<br>1068 Telecom Rd.<br>Pontypool, CA L0A 1K0<br>Canada |
| Canyon Distributing Co. | ncarrillo@canyondistributing.com<br>PO BOX 10198<br>Fayetteville, AR 72703 |
| Cape D'Or Holdings Limited | jclavel@wilsongasstops.ca<br>3617 Barrington St<br>Halifax, NS B3K 2Y3<br>Canada |
| Capital Distributing | callen@capitaldist.com<br>421 North Portland Avenue<br>Oklahoma City, OK 73107 |
| Carey Distributors, Inc. | PO BOX B<br>Fruitla, MD 21826 |
| Carolina Beer Company Inc. | timbater@carolina-beer.com<br>PO Box 938<br>Anderson, SC 29622 |
| Cascades | dave_cawthorne@cascades.com<br>1061 Rue Parent<br>Saint-Bruno, QC J3V 6R7<br>Canada |
| Casey Powell Lacrosse | coachcpowell@gmail.com<br>800 S. Osprey Avenue<br>Sarasota, FL 34236 |
| Cassels Brock & Blackwell LLP | Attn: Ryan Jacobs<br>rjacobs@cassels.com<br>40 Temperance Street, Suite 3200<br>Toronto, ON M5H 0B4<br>Canada |
| Cedar Packaging Limited | accounts@cedarpackaging.com<br>3800 Rogers Avenue, Suite 5<br>Fort Smith, AK 72903 |
| Centex Petroleum | ar@centexpetroleum.com<br>#203, 1717 10th Street N.W.<br>Calgary, AB T2M4S2<br>Canada |
| Champagne Beverage Company, Inc | Alex.Connelly@cbc.inc<br>One Bud Place<br>Madisonville, LA 70447 |

| | |
|---|---|
| Champion Brands | Deneselee@championbrands.net<br>5571 Florida Mining Blvd S<br>Jacksonville, FL 32257 |
| Chas. Seligman Distributing Co | JasonLux@CHASSELIGMAN.COM<br>10885 Clydesdale Ct.<br>Walton, KY 41094 |
| CHEP Canada | chepbillingus@chep.com<br>C/O TH1203 - PO Box 4290, STN A<br>Toronto, ON M5W 0E1<br>Canada |
| Cheyenne Beverage Inc. dba Bison Beverage | ahunt@bisonbev.com<br>2208 E Allison Rd.<br>Cheyenne, WY 82007 |
| Chicago Beverage Systems, L.L.C. | RBGComms@Reyesholdings.com<br>441 N Kilbourn Ave,<br>Chicago, IL 60624 |
| CJW Inc. | nstella@cjwbeer.com<br>2437 Chicory Road<br>Racine, WI 53403 |
| Coach Atlantic Transportation Group Inc. | receivables@coachatlantic.ca<br>7 Mount Edward Rd.<br>Charlottetown, PE C1A 5R7<br>Canada |
| Coastal Beverage | rfuller@coastal-bev.com<br>461 North Corporate Dr<br>Wilmington, NC 28401 |
| Coborn's Inc. | judy.warner@cobornsinc.com<br>1921 Coborn Blvd. PO Box 1502<br>St. Cloud, MN 56302 |
| Cold Haus | ar@coldhausdirect.ca<br>60 Hereford St<br>Brampton, ON L6Y 0N3<br>Canada |
| Coldhaus Direct | 60 Hereford St<br>Brampton, ON L6Y 0N3<br>Canada |
| Columbia Distributing LLC | 27200 SW Parkway Ave<br>Wilsonville, OR 97070 |
| Comer Distributing Co. | PO Box 10821, 110 Carmel Rd,<br>Rock Hill, SC 29731-0821 |
| Common Ground TN Inc | thuynh@fsmgmt.com<br>Gunnar Peterson<br>16133 Ventura Blvd Suite 545<br>Encino CA 91436 |
| Condit | sthompson@condit.com<br>5151 Bannock St.<br>Denver, CO 80216 |
| Cone Distributing | imichel@condit.com<br>1551 NW 44th Ave<br>Ocala, FL 34482 |
| Connor McDavid | mcdavid0885@rogers.com |
| Coors Distributing Co | Mary.Schwab@cdccoors.com<br>5400 N. Pecos Street<br>Denver, CO 80221 |

| | |
|---|---|
| Couche-Tard | nadine.pierre-jerome@couche-tard.com<br>4204 Boulevard Industriel<br>Laval, QC H7L 0E3<br>Canada |
| County Beverage Co | marywhite@countybev.com<br>301 SE Bailey Road<br>Lees Summit, MO 64081 |
| Crescent Crown Distributing | danielle.hettick@crescentcrown.com<br>1640 W. Broadway<br>Mesa, AZ 85202 |
| Crest Beverage, LLC | SCulqui@reyesholdings.com<br>5901 Bolsa Avenue<br>Huntington Beach, CA 92647 |
| CyberSource Corporation | billing-cybs@visa.com<br>PO BOX 742842<br>Los Angeles, CA 90074 |
| D&D Beverage, LLC (Brainerd Location) | AndriaR@dahlh.com<br>923 Wright Street<br>Brainerd, MN 56401 |
| D&D Beverage, LLC (Virginia Location) | lisaskoglund@dahlh.com<br>8409 Enterprise Dr.<br>Mountain Iron, MN 55792 |
| Dahlheimer Beverage | vendors@dahlh.com<br>3360 Chelsea Road West<br>Monticello, MN 55362 |
| Dakin News Systems Inc. | michelelown@internationalnews.ca<br>701-130 Queens Quay Eas<br>Toronto, ON M5A 0P6<br>Canada |
| Dakota Beverage | jackie@dakotabeverage.com<br>4532 N. Cliff Ave.<br>Sioux Falls, SD 57104 |
| Daniel Bordessa | daniel.bordessa@73square.com |
| Daymon Worldwide Canada Inc | arremittanceinfo@daymon.com<br>2 GURDWARA RD Suite 604<br>Ottawa, ON K2E 1A2<br>Canada |
| DeCrescente Distributing | AP@ddcbev.com<br>211 North Main Street<br>Mechanicville, NY 12118 |
| DET Distributing Company | chrisphillips@detdist.com<br>301 Great Circle Rd<br>Nashville, TN 37228 |
| Deutsche Sporthochschule Koln | sekretariat@dshs-koeln.de<br>Am Sportpark Muengersdorf 6<br>Cologne 50933<br>Germany |
| Devil's Glen Country Club | zach@devilsglen.com<br>1793 County Road 124<br>Duntroon, ON  L0M1H0<br>Canada |
| Discount Drug Mart, Inc. | julieoley@discount-drugmart.com<br>P.O. Box 901390<br>Cleveland, OH 44190 |

| | |
|---|---|
| Distribution Management, Inc. d/b/a DM Fulfillment | McCarthy, Leonard, & Kaemmerer, L.C.<br>825 Maryville Centre Drive, Suite 300<br>Town and Country, MO 63017 |
| DLA Piper (Canada) LLP | Edmond Lamek<br>edmond.lamek@dlapiper.com<br>Suite 6000, 1 First Canadian Place<br>PO Box 367, 100 King St W<br>Toronto ON M5X 1E2 |
| DLL -De Lage Landen Financial Services Canada Inc | dtermorshuizen@leasedirect.com<br>T4557 PO Box 4557 STN A<br>Toronto, ON M5W 0K1<br>Canada |
| DLVRD Logistics | barbara@dlvrd.com<br>9500 Rue Meilleur Suite 555<br>Montreal, QC L4K 4H2<br>Canada |
| DM Fulfillment | 1495 Dennison Circle, Suite 200<br>Carlisle, PA 17015 |
| DM Fulfillment | 3285 South Willow Ave, Suite 103<br>Fresno, CA 93725 |
| DM Fulfillment | 1001 Premier Parkway, Docks 7-15<br>St. Peters, MO 63376 |
| DM Fulfillment Inc | Anthony.Casalone@dmfulfillment.com<br>5 Research Park Dr<br>St. Charles, MO 63195 |
| Doll Distributing, LLC | jcruikshank@dolldistributing.com<br>1901 De Wolf Street<br>Des Moines, IA 50316 |
| Dovetail Media Group Ltd. | carol@dovetailmediagroup.com<br>PH3 - 2 Old Mill Drive<br>Toronto, ON M6S 0A2<br>Canada |
| Eastown Distributors | allenl@eastown.com<br>14400 Oakland Ave.<br>Highland Park, MI 48203 |
| Edgecombe | 2250 Midland Ave, Unit #9<br>Scarborough, ON M1P 4R1<br>Canada |
| Edgecombe Marketing & Promotions Inc. | accounting@edgecombes.com<br>PO Box 3147, 1699 King St. Unit #101<br>Windsor, NS B0N 2T0<br>Canada |
| Edmonton Area Super Novice Hockey Club | tmcgrandle@dfi.ca<br>2404 51 Avenue NW<br>Edmonton, AB T6P 0E4<br>Canada |
| Ellwein Bros Inc | normae@ellweinbrothers.com<br>PO Box 136<br>Huron, SD 57350 |
| Enbridgeenbridgegas.com | PO Box 644<br>Scarbourgh, ON M1K 5H1<br>Canada |
| Encore Market Engagement | gary.nagasuye@encoreengage.com<br>2295 Bristol Circle Suite 200<br>Oakville, ON L6H 6P8<br>Canada |

| | |
|---|---|
| Encorp Atlantic Inc | info@encorpatl.ca<br>P.O. Box 65<br>Moncton N BE1C 8R9<br>Canada |
| Encorp Pacific (Canada) | bcorrigan@returnit.ca<br>2250 Boundary Road Unit 206<br>Burnaby, BC V5M 3S2<br>Canada |
| Enterprise Rent A Car Canada Company | PO Box 9716 Station A<br>Toronto, ON M5W1R6<br>Canada |
| ESHA Research Inc | info@esha.com<br>4747 Skyline Rd S Suite 100<br>Salem, OR 97306 |
| Euclid Beverage | 200 Overland Dr.<br>North Aurora, IL 60542 |
| EyeSee Inc | accounting@eyesee-research.com<br>530 7th Avenue - Suite 902<br>New York, NY 10018 |
| Fabiano Brothers Inc | 1885 Bevanda Ct.<br>Carrollton Township, MI 48706 |
| Fahr Beverage Inc | PO Box 358<br>Waterloo, IA 50704-0358 |
| Fanatics Retail Group Canada LTD | 200 Burrard Street<br>Vancouver, BC V6C 3L6<br>Canada |
| FBM _2592335 ONTARIO INC | accounts@focuscleaning.ca<br>235 Nugget Ave Unit 21<br>Toronto, ON M1S3L3<br>Canada |
| Fechtel Beverage and Sales Inc. | morgan.fechtel@fechtelbeverage.com<br>425 W. ELM P.O. Box 104235<br>Jefferson City, MO 65110 |
| Federated Co-Operatives Ltd | Payments@FCL.CRS<br>PO BOX 1050<br>Saskatoon, SK S7K3M9<br>Canada |
| FEDEX | cheryl.todish@fedex.com<br>PO Box 4626<br>Toronto, ON M5W5B4<br>Canada |
| Feldkamp Marketing | lisa@feldkampmarketing.com<br>7691 Five Mile Rd Suite 203<br>Cincinnati, OH 45230 |
| Festival Foods | bhanson@festfoods.com<br>3159 Tobermory Drive<br>Green Bay, WI 54311 |
| Fischer-Thompson Beverages, Inc. | afischer@ftbev.com<br>25 Ironia Road<br>Flanders, NJ 07836 |
| Fisher59 | accounting@fisher59.com<br>5050 West University Dr.<br>Denton, TX 76207 |

| | |
|---|---|
| Five Star Distributing | steve.hackler@fivestardistributing.net<br>4055 E Park 30 Dr<br>Columbia City, IN 46725 |
| Flip Give | mrocha@flipgive.com<br>325 Front Street West Suite 400<br>Toronto, ON M5V 2Y1<br>Canada |
| Flip Give (US) | mrocha@flipgive.com<br>325 Front Street West Suite 400<br>Toronto, ON M5V 2Y1<br>Canada |
| Florida Distributing | cgregersen@reyesholdings.com<br>5901 Bolsa Avenue<br>Huntington Beach, CA  92647 |
| Flow Alkaline Spring Water | ar@flowhydration.com<br>155 Industrial Parkway South Unit 7-10<br>Aurora, ON L4G 3G6<br>Canada |
| Flow Beverages Inc., | 33 Lakeview Court,<br>Verona, Virginia 24482 |
| Flow Beverages Inc., | Attn: Legaline Corporate Services, Inc.,<br>c/o Matthew Hoar,<br>2035 Sunset Lake Road, Ste B-2,<br>Newark, DE 19702 |
| Flow Beverages Inc., | 64 Triangle Drive,<br>Weyers Cave, Virginia 24486 |
| Flow Beverages Inc., | 155 Industrial Pkwy S., Units 7-10,<br>Aurora, ON L4G 3V5 |
| FM Promotions | info@fmpromotions.ca<br>90 Winges Rd. Unit 7 &<br>Woodbridge, ON L4L 6A<br>Canada |
| Foodlegal Pty Ltd | accounts@foodlegal.com.au<br>313 La Trobe Street<br>Melbourne, BC 3000<br>Canada |
| Frameworth Custom Framing | 1198B Caledonia Road<br>North York, ON M6A2W5<br>Canada |
| Frank Beer Distributors, Inc | kirstenrabenhorst@frankbeveragegroup.com<br>2115 Pleasant View Road<br>Middleton, WI 53562 |
| Gatestone & Co. Inc | globalcustomerservice@gatestoneco.com<br>400-555 Rue Chabanel<br>Montreal, QC H2N 2H8<br>Canada |
| General Wholesale Beer Company | slockhart@gwc-atl.com<br>615 Stonehill Drive SW<br>Atlanta, GA 30336 |
| General Wholesale Co. of SC | 8025 Howard Street<br>Spartanburg, SC 29303 |
| General Wholesale Company of Augusta | general.aug@gwc-atl.com<br>537 Laney Walker Blvd<br>Augusta, GA 30901 |

| | |
|---|---|
| George Dowbnia | gdowbnia@hibbertgroup.com |
| Getty Images (Canada) Inc | credit-NA@gettyimages.com<br>199 Bay Street Commerce Court West<br>Toronto, ON M5L1A9<br>Canada |
| Glazer's Beer and Beverage | 11101 Smitty Lane<br>Little Rock, AR 72117 |
| Gold Coast Eagle Distributing | ap@gceagle.com<br>7051 Wireless Court<br>Sarasota, FL 34240 |
| Golden Brands, LLC | PO BOX 741368<br>Los Angeles, CA 90074-1368 |
| Goldman Sachs & Co. LLC | alec.kenda@gs.com<br>200 West Street<br>New York, NY 10282 |
| Goldring Gulf | nhargrove@gulfdistributing.com<br>8245 Opportunity Drive<br>Milton, FL 32583 |
| Google LLC | 1600 Amphitheatre Pkwy<br>Mountain View, CA  94043 |
| Government of the Northwest Territories | environmentfund@gov.nt.ca<br>Bag Service 1511<br>Yellowknife, NT X1A 2R3<br>Canada |
| Great Bay Distributors Inc. | KathyK@greatbaybud.com<br>35715 US HWY 40, STE D102<br>Evergreen, CO  80439 |
| Greenergy (BCP IV Service Station LP) | bgf.accounts.receivable@greenery.com<br>140 Allstate Parkway Suite 503<br>Markham, ON L3R5Y8<br>Canada |
| Greenhill & Co Canada Ltd | 79 Wellington Street West<br>Suite 3403 PO Box 333<br>Toronto, ON M5K 1K7<br>Canada |
| GS1 Canada | info@gs1ca.org<br>c/o THI029 PO Box 4283<br>Postal Station A<br>Toronto, ON M5W 5W6<br>Canada |
| Gulf Distributing Co of Alabama | nhargove@gulfdistributing.com<br>5860 Endeavor Way<br>Huntsville, AL 35671 |
| Gulf Distributing Co of Alabama-Birmingham | nhargove@gulfdistributing.com<br>6990 Cross Drive<br>McCalla, AL 35111 |
| Gulf Distributing Co of Alabama-Huntsville | nhargove@gulfdistributing.com<br>5860 Endeavor Way<br>Huntsville, AL 35671 |
| Gulf Distributing Co of Birmingham | nhargove@gulfdistributing.com<br>3217 Messer Airport Hwy<br>Birmingham, AL 35222 |

| | |
|---|---|
| Gulf Distributing Co of Mobile | nhargove@gulfdistributing.com<br>3378 Moffett Rd<br>Mobile, AL 36607 |
| Gulf Supreme of Central Alabama | nhargove@gulfdistributing.com<br>3217 Messer Airport Hwy<br>Birmingham, AL 35222 |
| GumGum Sports Inc. DBA Relo Metrics | accounting@gumgum.com<br>1314 7th Street 4th Floor<br>Santa Monica, CA 90401 |
| H.O.P.E Volleyball | marcia@hopevolleyball.com<br>33 Library Lane<br>Unionville, ON L3R 5C4<br>Canada |
| Haddon Press Limited | 65 Crockford Blvd<br>Toronto, ON M1R3B7<br>Canada |
| Harbor Distributing, LLC | jbasal@reyesholdings.com<br>5901 Bolsa Avenue<br>Huntington Beach, CA 92647 |
| Harris Beach PLLC | clientpayments@harrisbeach.com<br>333 Earle Ovington Blvd Suite 901<br>Uniondale, NY  11553 |
| Hayden Beverage Co. | AReynolds@haydenbeverage.com<br>2910 E. Amity Road<br>Boise, ID 83716 |
| Hayes Beer of Rockford | mlaloggia@hayesbeer.com<br>1819 Elmwood Rd<br>Rockford, IL 61103 |
| Heart of America Beverage | tdavidson@hoabev.com<br>1700 S Empire Ave<br>Springfield, MO 65802 |
| Hector Duran and Alicia Barcomb | U.S. Dept. of Justice<br>Office of the U.S. Trustee<br>515 Rusk, Suite 3516<br>Houston, TX  77002<br>hector.duran.jr@usdoj.gov<br>alicia.barcomb@usdoj.gov |
| Heidelberg Distributing of Dayton | Mary.Menke@HeidelbergDistributing.com<br>3601 Dryden Road<br>Dayton, OH 45439 |
| Hero Brands Inc | finance@herobrands.com<br>71 Sydney Ave.<br>Deal, NJ 07723 |
| High Country Beverage | rscott@hcbeer.com<br>4200 Ronald Reagan Blvd.<br>Johnstown, CO  80534 |
| High Peaks Distributing LLC | bgriffin@mccraithbev.com<br>1016 State Route 3<br>Saranac Lake, NY 12983 |
| Hinge Consulting LLC | ar@hingeglobal.com<br>10290 Alliance Rd<br>Blue Ash, OH  45242 |
| Hurricanes Hockey LP | pattyh@carolinahurricanes.com<br>1400 Edwards Mill Road<br>Raleigh, NC  27607 |

| | |
|---|---|
| Husky Oil Marketing Company | vince.kucey@cenovus.com<br>225 6th Avenue S.W. PO BOX 766<br>Calgary, AB T2P 0M5<br>Canada |
| Hypte Solutions LLC | cheryl.liman@hypte.com<br>5 Earl Ct. Suite 160<br>Woodridge, IL 60517 |
| IDW Innovative DisplayWorks | 8825 Boston Place<br>Rancho Cucamonga, CA 91730 |
| Imbibe Inc | payment@imbibeinc.com<br>7350 N Croname Rd<br>Niles, IL 60714 |
| Independent Buyers' Co-Op | courtney@ibcco-op.com<br>4600 Eden Road<br>Arlington, TX 76001 |
| Indiana Beverage | tony.koselke@indianabev.com<br>2850 Barley Road<br>Valparaiso, IN 46383 |
| Inglasco Inc. | mccebrian@inglasco.com<br>2745 Rue de la Sherwood<br>Sherbrooke, QC J1K 1E1<br>Canada |
| Inmar | inmar.accountsreceivable@inmar.com<br>One West Fourth St. Suite 500<br>Winston-Salem, NC 27101 |
| Innovative Integrated Solutions LLC | dsardo@iispkg.com<br>1100 Military Road<br>Kenmore, NY 14217 |
| Innover Inc. | umang.sharma@innoverdigital.com<br>221 Roswell Street Suite 172<br>Alpharetta, GA 30009 |
| Instacart | AR@instacart.com<br>PO BOX 103272<br>Pasadena, CA 91189 |
| InterChange SOL | 443 South Oak Lane<br>Lyndhurst, VA  22952 |
| Island Distributing, L.L.C. | rbgsupplier@reyesholdings.com<br>6250 N River Rd Suite 9000<br>Rosemont, IL 60018 |
| Jas Forwarding (Netherlands) | B.V.leyla.ozkan@jas.com<br>Schaapjerderweg<br>Ridderkerk Netherlands2988 CK<br>Netherlands |
| Jazlyn Enterprises, LLC | 3321 Pensa Drive<br>Falls Church, VA 22041 |
| John Celenza | johnrcelenza@gmail.com |
| John P O'Sullivan Distributing Inc. | 4047 Market Place<br>Flint, Michigan  48507 |
| Jo's Globe Distributing Inc | anthonym@josglobe.com<br>1151 Greenbag Road<br>Morgantown, WV 26508 |
| Joshua Marshall | jmarshall7893@gmail.com |

| | |
|---|---|
| JW Nutritional | madeline@jwnutritional.com<br>PO BOX 258<br>Allen, TX 75013 |
| Katie Wagner | katewagnerr@icloud.com |
| Kay Beer Distributing Inc | 1881 Commerce Drive  PO BOX 5127<br>De Pere, WI 54115 |
| KEG 1 Colorado, LLC | 1525 N Newport Road<br>Colorado Springs, CO 80916 |
| Keg 1 O'Neal | 213 Patriot Drive<br>Weatherford, TX 76087 |
| Ken Heberer | Ken.heberer@distributingmgmt.com |
| Koerner Distributor | info@koernerdistributor.com<br>1601 Pike Avenue PO Box 67<br>Effingham, IL 62401 |
| Kristen Distributing Co. | 8301 N State Hwy 6<br>Bryan, TX 77807 |
| La Crosse Beverage, LLC | 400 County Road OT PO BOX 323<br>Onalaska, WI 54650 |
| Labelink | 400 Michener Road Unit 1<br>Guelph, Ontario N1K 1E4<br>Canada |
| Latham & Watkins LLP | CASHRECE@LW.COM<br>650 Town Center Drive , 20th Floor<br>Costa Mesa, CA 92626 |
| Laura Bedson (individually and on behalf of others similarly situated) | Milberg Coleman Bryson Phillips Grossman, PLLC<br>Attn: Erin Ruben - eruben@milberg.com<br>900 W. Morgan Street<br>Raleigh, NC  27603 |
| LBR Importing & Distributing, Inc DBA Angelo Caputo's Fresh Market | Estefanowicz@Caputomarkets.com<br>520 East North Avenue<br>Carol Stream, IL 60188 |
| LDF Sales & Distributing Inc | 10610 E. 26th Circle North<br>Wichita, KS 67226 |
| Learfield Communications, LLC | AR@LearfieldIMGCollege.com<br>Learfield Communications<br>PO Box 843038<br>Kansas City, MO 64184 |
| Lee Beverage of Wisconsin, LLC | 2850 South Oakwood Road<br>Oshkosh, WI 54904 |
| Lee Distributors, LLC | 315 Marymeade Dr<br>Summerville, SC 29483 |
| Link Retail Solutions Inc. | carrieg@linkretailsolutions.com<br>27 Kappele Ave<br>Toronto, Ontario M4N 2Z2<br>Canada |
| Long Beverage | mscates@longbeverage.com<br>10500 World Trade Blvd.<br>Raleigh, NC 27617 |
| MacEwen | s.sinden@macewen.ca<br>18 Adelaide Street PO BOX 100<br>Maxville, Ontario K0C 1T0 |

| | |
|---|---|
| | Canada |
| Mac's Convenience Stores Inc. | accountsreceivable@macs.ca<br>4204 Industrial Blvd<br>Laval, Quebec H7L 0E3<br>Canada |
| Magic City Beverage Co | bradk@magiccitybev.com<br>PO BOX 908<br>Minot, ND 58702 |
| Manhattan Beer Distributors, LLC | customerservice@manhattanbeer.net<br>955 E. 149th Street<br>Bronx, NY 10455 |
| Manifesto Sport Management Inc. | accounting@manifestosport.com<br>220 10th Street NE<br>Calgary, Alberta T2E 4M1<br>Canada |
| Maritime Air Charter Limited | info@maritimeair.com<br>645 Pratt & Whitney Drive<br>Goffs, Nova Scotia B2T 0H4<br>Canada |
| McCraith Beverages | lncbgriffin@mccraithbev.com<br>20 Burrstone Road<br>New York, Mills NY 13417 |
| McQuade Distributing | 1150 Industrial Dr PO Box 1196<br>Bismarck, ND 58502 |
| Meta Platforms Inc. | payment@fb.com<br>1601 Willow Road<br>Menlo Park, CA 94025 |
| Metro Beverage of Philadelphia | katiebitting@metrobevphila.com<br>455 Dunksferry Road<br>Bensalem, PA 19020 |
| Miami Heat Limited Partnership | Attn: Krista Whitaker<br>601 Biscayne Blvd<br>Miami, FL 33132 |
| Miami Heat Limited Partnership and Basketball Properties, Ltd | ArentFox Schiff LLP<br>Attn: James H. Hulme<br>james.hulme@afslaw.com<br>1717 K Street, NW<br>Washington, DC 20006 |
| Michael Cammalleri | mac.cammalleri@gmail.com |
| Michelle McGrattan | themichellemethod@gmail.com |
| Milberg Coleman Bryson Phillips Grossman, PLLC | Erin Ruben, Esq.<br>eruben@milberg.com<br>900 W. Morgan Street<br>Raleigh, NC 27603 |
| Milberg Coleman Bryson Phillips Grossman, PLLC | Nick Suciu III, Esq.<br>nsuciu@milberg.com<br>6905 Telegraph Road, Suite 115<br>Bloomfield Hills, MI 48301 |
| Milberg Coleman Bryson Phillips Grossman, PLLC | Gary Klinger, Esq.<br>gklinger@milberg.com<br>221 West Monroe Street, Suite 2100<br>Chicago, IL 60606 |

| | |
|---|---|
| Milberg Coleman Bryson Phillips Grossman, PLLC | J. Hunter Bryson, Esq.<br>hbryson@milberg.com<br>405 E 50th Street<br>New York, NY 10022 |
| Minister of Finance SK | SaskTaxInfo@gov.sk.ca<br>Revenue Division, PO Box 200<br>Regina, SK S4P 2Z6<br>Canada |
| Mitchell Beverage Meridian | gina.farley@mitchellcompanies.com<br>100 James E Chaney Drive<br>Meridian, MS  39307 |
| Mitchell Beverage of Maryland, LLC  DBA Chesapeake Beverage | info@chesapeakebeverage.com<br>10000 Franklin Square Drive<br>Nottingham, Maryland  21236 |
| MMSB | remittances@mmsb.nl.ca<br>PO BOX 8131 Station A<br>St. John's, Newfoundland A1B 3M9<br>Canada |
| Mockler Beverage Company | meghanw@mocklerbeverage.com<br>11811 Reiger Road<br>Baton Rouge, LA 70809 |
| Monarch Distributing | lHolland@reyesholdings.com<br>5901 Bolsa Avenue<br>Huntington Beach, CA  92647 |
| Morelli's Distributing | Morellis@srt.com<br>PO BOX 1517<br>Minot, ND 58702 |
| Mountain Beverage | info@mountainbeverage.com<br>PO BOX 4308<br>Gypsum, CO 81637 |
| MS Endeavor, Inc (DBA) The Defiant | business.affairs@thedefiant.com<br>8285 W Sunset Blvd Suite 8<br>West Hollywood, CA 90046 |
| Muir Hotel | mbuckley@armourgroup.com<br>1709 Lower Water Street<br>Halifax, Nova Scotia B3J 1S5<br>Canada |
| National Golf Course Owners Association Canada (NGCOA) | qxiong@ngcoa.ca<br>515 Legget Drive Suite 810<br>Ottawa, Ontario K2K 3G4<br>Canada |
| National Hockey League Players' Association and Hockey Ventures (Canada) Inc. | TORYS LLP<br>79 Wellington Street West<br>Suite 3000<br>Toronto, Ontario M5K 1N2 |
| National Hockey League Players' Association and Hockey Ventures (Canada) Inc. | Scott Bomhof<br>sbomhof@torys.com |
| National Hockey League Players' Association and Hockey Ventures (Canada) Inc. | Mike Noel<br>mnoel@torys.com |
| NBF Holdings Canada Inc | dbolitho@nutrablendfoods.com<br>10 Goddard Crescent<br>Cambridge, Ontario N3E 0A9<br>Canada |
| Nellys Powerskating and Skills Inc | aboveandbeyondhockey1@gmail.com<br>1798 S. Mark Lane |

| | |
|---|---|
| | Round Lake, IL  60073 |
| NetSuite Inc | rvaldez@netsuite.com<br>100 Milverton Drive<br>Mississauga, Ontario L5R 4H1<br>Canada |
| New Era Cap Co. Inc. | 6205A Airport Road, Suite 102<br>Mississauga, Ontario L4V 1E1<br>Canada |
| New Team LLC DBA Team Enterprises | info@teamenterprises.com<br>1 West Olas Blvd, 4th Floor<br>Fort Lauderdale, Florida 33301 |
| NHL ENTERPRISES, LP | nlinden@nhl.com<br>395 9th Avenue, 25th Floor<br>New York, New York 10001 |
| Nice-Trading Oy | markus@nice-trading.fi<br>Purokatu 9 C<br>21200 Raisio, Finland |
| Nielsen Consumer LLC | Consumerusbilling@nielseniq.com<br>PO Box 88956<br>Chicago, IL  60695-8956 |
| Nielsen IQ | nar01@enterprisenet.org<br>200 West Jackson Boulevard<br>Chicago, IL 60606 |
| North Kansas City Beverage Co. | tborland@nkcbev.com<br>203 E. 11th Ave.<br>Kansas City, MO 64116 |
| NSF International US | payments@nsf.org<br>P.O. Box 130140<br>Ann Arbor, MI 48113-0140 |
| Nutrasource Pharmaceutical and Nutraceutical Services | Ssaman@nutrasource.ca<br>101-120 Research Lane<br>Gueph, ON N1G 0B4<br>Canada |
| NYSCO Products LLC | info@nysco.com<br>211 Saw Mill River Rd<br>Hawthorne, NY 10532 |
| O&W | 3003 William Ave<br>Ypsilant,i MI  48198 |
| O'Connor Distributing | rschwartz@oconnordistributing.com<br>111 Overton St<br>Hot Springs, AR  71901 |
| O'Fallon Hoots | dschmoll@ofallonhoots.com<br>900 TR Hughes Blvd<br>O'Fallon, MO  63366 |
| Origlio Beverage | mgoral@origlio.com<br>3000 Meeting House Road<br>Philadelphia, PA  19154 |
| Osprey Beverages LLC | beischen@ospreybev.com<br>PO box 470<br>Jackson, WY 83001 |
| P & G Tzelalis O.E | ptzelalis@tzelalis.eu<br>37 Amarousiou Av<br>Likovrsi 141 23, Greece |

| | |
|---|---|
| Palm One Investments LLC | mpriolo@density.ca<br>12-49 Wingold Ave<br>Toronto, ON M6B 1P8<br>Canada |
| PARKLAND CORPORATION | 1800-240 4 Ave SW<br>Calgary, AB T2P 4H4<br>Canada |
| Pattison Outdoor Advertising LP | CTEAM@PATTISONOUTDOOR.COM<br>2700 Matheson Blvd. East Suite 500<br>West Tomer<br>Mississauga, ON L4W 4V9<br>Canada |
| Pepin Distributing | info@pepindist.com<br>rhiestand@teampepin.com<br>4121 N 50th Street<br>Tampa, FL 33610 |
| Phase 1 Prototypes, LLC | mail@p1proto.com<br>PO Box 140698<br>Irving, TX 75014 |
| Philadelphia 76ers, L.P. | Paul Fenstermaker<br>paulfenstermaker@hbse.com<br>3 Banner Way<br>Camden, NJ 08103 |
| Pine State Beverage | Billbacks@PineStateTrading.com<br>100 Enterprise Ave<br>Gardiner, ME 04345 |
| Plative Inc. | kpickett@plative.com<br>524 Broadway, 11th Floor<br>New York, NY 10012 |
| Platon Alexandrakis | Platon@alexandrakislaw.com |
| PMX Air Express Inc | pmxair@efsnet.ca<br>615 A rue Principale<br>Laval, QC H7X 1C7<br>Canada |
| PR Petroleum Ltd | seeham.elfarse@cancopetroleum.ca<br>3002 East Kelowna Rd<br>Kelowna, BC V1W 4H3<br>Canada |
| Premium Beverage Company | lclark@prembev.net<br>928 N Railroad Ave<br>Opelika, AL 36801 |
| Premium Distributors of VA, LLC | rbgsupplier@reyesholdings.com<br>15001 Northridge Dr<br>Chantilly, VA 20151 |
| Premium Distributors of Michigan, L.L.C. | rodeleon@reyesholdings.com<br>6250 N. River Road Suite 9000<br>Rosemont, IL 60018 |
| Premium Distributors of Washington, DC, L.L.C. | reyesholdings.cls.inbox@highradius.com<br>PO BOX 742861<br>Atlanta, GA 30374-2861 |
| Presence Marketing | kvalentine@pmidpi.com<br>jcaulkins@pmidpi.com<br>12 Executive Court<br>South Barrington, IL 60010 |

| | |
|---|---|
| Prince Edward Island | peitreasury@gov.pe.ca<br>Department of Taxation PO Box 1330<br>Charlottetown, PE C1A 7N1<br>Canada |
| Proactive Solutions | 300 Gibraltar Rd<br>Vaughan, ON L4H 4Z8<br>Canada |
| Proactive Supply Chain Solutions | ar@proactivegroup.ca<br>300 Gibralter Road<br>Vaughn, ON L4H 4Z8<br>Canada |
| Product Connections | PWARInvoices@crossmark.com<br>5100 Legacy Drive<br>Plano, TX  75024 |
| Pro-X Event Inc. | feng@proxevent.ca<br>7615A Bath Road<br>Mississauga, ON L4T 3T1<br>Canada |
| Pulp & Fiber Inc. o/a Community | accounting@pulpandfiber.com<br>400-822 Richmond Street West<br>Toronto, ON M6J 1C9<br>Canada |
| Quad Packaging | MLange@quad.com<br>1585 Dewberry Road<br>Spartanburg, SC  29307 |
| Quality Acquisition Company dba Eagle brands Sales | cvincenty@eaglebrands.com<br>3201 NW 72nd Avenue<br>Miami, FL  33122 |
| Quality Brands of Omaha | loretta.lang@qbdist.com<br>13255 Centech Road<br>Omaha, NE  68138 |
| Quotient Technology Inc. | cashreceipts@quotient.com<br>1260 E Stringham Ave. Suite 600<br>Salt Lake City, UT  84106-2962 |
| RBC Ampli Inc. | billing@ampli.ca<br>20 Bay Street, 17th Floor<br>Toronto, ON M5 2N8<br>Canada |
| Roadrunners Courier | danielle@zaptor.com<br>400 Creditstone Rd. #2<br>Concord, ON L4K 3Z3<br>Canada |
| Robert L. Thomas, III | thomas@virginiarealtygroupllc.com<br>Hansen Partners, LLC<br>P.O. Box 998<br>Fishersville, VA 22939 |
| Robert L. Thomas, III | thomas@virginiarealtygroupllc.com<br>956 Rockfish Road<br>Waynesboro, VA 22980 |
| Rogers Media Inc | eric.boughton@rci.rogers.com<br>1 Mount Pleasant Rd. 5th Floor<br>Toronto, ON M4Y 2Y5<br>Canada |
| Royal Bank of Canada | 10 York Mills Rd. 3rd Floor<br>Toronto, ON M2P 0A2 |

| | |
|---|---|
| RRFB Nova Scotiainfo@divertns.ca | 25 Commercial Street, Suite 400<br>Truro, NS B2N 3H9<br>Canada |
| RXO Managed Transport, LLC | 5 American Lane<br>Greenwich, CT 06831 |
| RXO Managed Transport, LLC | Legal Department<br>Nick Bibler<br>Nick.Bibler@rxo.com<br>11215 North Community House Road<br>Charlotte, NC  28277 |
| Ryan Scarfone | ryanjscarfone@gmail.com<br>3 Potland St<br>Thoroid, ON L2V 1R9<br>Canada |
| S.R. Perrott, Inc | amelia@srperroott.com<br>PO Box 836<br>Ormoond Beach, FL  32175 |
| Safeguard | shaunr@gosafeguard.com<br>76 Brookshire Circle<br>Thornhill, ON L3T 7B2<br>CANADA |
| Sales Line LTD | charles.foden@email.com<br>4 Reading Road<br>Pangbourne, Berkshire RG87LYUK<br>UK |
| Savannah Distributing Co. | billbacks@savdist.com<br>2425 West Gwinnett Street<br>Savannah, GA 31415 |
| Save Mart Supermarkets | 1800 Standiford Ave<br>Modesto, CA 95350 |
| Schott Distributing co, Inc. | jill@schott-sch.com<br>6735 Hwy 14 East<br>Rochester, MN 55904 |
| SCI Logistics | beulah.vijayakumar@sci.ca<br>180 Attwell Drive<br>Toronto, ON M9W 6A9<br>Canada |
| SCI Logistics | 6590 Millcreek Dr<br>Mississauga, ON L5N 8B3<br>Canada |
| Scott Coulton | scott_coulton@hotmail.com |
| Seaview Beverage | bmooneyseaview@gmail.com<br>195 Lehigh Ave Ste 10<br>Lakewood, NJ  08701 |
| Shell Canada Products | retailenquiies_ca@SHELL.com<br>PO Box 100, Station M<br>Calgary, AB T2P 2H5<br>Canada |
| Silver Eagle Beverages | jose.vallejo@sedbud.com<br>4609 West US Highway 90<br>San Antonio, TX  78237 |
| Silver Eagle Distributors Houston, LLC | elizabethmelgar@silvereagle.com<br>P.O. Box 841521<br>Dallas, TX  75284-1521 |
| SK Team LLC | msnoeberger@vegasgoldenknights.com |

| | |
|---|---|
| | 1550 S Pavilion Center Dr<br>Las Vegas, NV  89135 |
| Skip Shapiro Enterprises, LLC | AR@ShapiroE.com<br>318 Hawthorn Street<br>New Bedford, MA  2740 |
| Skyland Distributing Company | cmarvin@sdcwnc.com<br>1 Overland Industrial Blvd<br>Asheville, NC  28806 |
| Sodexo Canada Ltd. | CAProcurementFinance@sodexo.com<br>Lock Box T57775C Sodexo Canada-<br>P.O. Box 57775, STN A<br>Toronto, ON M5W 5M5<br>Canada |
| Southern Arizona Distributing | danielle.chavez@lindendist.net<br>PO Box 632<br>Safford, AZ  85548 |
| Southern Beverage Co. | tammy.blaine@southernbeverage.com<br>1939 Davis Johnson Dr.<br>Richland, MS  39218 |
| Southern Crown Partners | accountspayable@scpdist.com<br>908 Jackson Street<br>Myrtle Beach, SC  29577 |
| Southern Eagle Distributing | ar@southerneagledist.com<br>5300 Glades Cut Off Rd<br>Fort Pierce, FL  34981 |
| Southern Glazers Wine and Spirits LLC | nvsupplierbilling@sgws.com<br>PO BOX 279370<br>Miramar, FL  33027-9370 |
| Specialized | Martha.Valdez@specialized.com<br>15130 Concord Circle<br>Morgan Hill, CA  95037 |
| Speed Global Services | ar@speedgs.com<br>2299 Kenmore Ave<br>Buffalo, NY  14207 |
| Spins LLC | accounts_receivable@spins.com<br>222 West Hubbard St. #300<br>Chicago, IL  60654 |
| Sportified LLC. | 2384 South 220th Avenue<br>Elkhorn, NE  68022 |
| Spotlight Ticket Management, Inc | accounting@Ticketmanager.com<br>26635 West Agoura Rd. (Bldg. E)<br>Suite 200<br>Calabasas, CA  91302 |
| SPS Commerce | billing@spscommerce.com<br>PO Box 205782<br>Dallas, TX  75320-5782 |
| Standard Beverage | SBC<br>Accounting@stdbev.com<br>2526 E. 36th Circle North - A<br>Wichita, KS  67219 |
| Standard Sales Company | pmorales@standardsales.com<br>4800 E. 42nd St, Suite 400<br>Odessa, TX  79762 |
| Star Distributors Inc. | sgervasio@stardistributors.com<br>460 Frontage Road<br>West Haven, CT  06516 |

| | |
|---|---|
| Stephens Distributing Company | susan@stephensdist.com<br>5650 Anglers Ave<br>Fort Lauderdale, FL  33312 |
| StevensE3 | adrianh@stevense3.com<br>2101 Oxford Street East<br>London, ON TN5V2Z7<br>Canada |
| Summit Distributing | ACrowley@summit-distributing.com<br>3201 Rider Trail South<br>Earth City, MO  63045 |
| SummitHill Sales and Marketing, Inc | COLEM@SUMMITHILLSALES.COM<br>1501 E. Orangethorpe Ave., Suite #240<br>Fullerton, CA  92831 |
| Suncoast Beverage | Salesaccountspayable@suncoastbev.com<br>2996 Hanson Street<br>Fort Myers, FL  33916 |
| Superior Beverage Group, Ltd. | 31031 Diamond Parkway<br>Glenwillow, OH  44139 |
| Supply One | hchico@supplyone.com<br>90 Packaging Drive<br>Weyers Cave, VA  24486 |
| SupplyOne - Weyers Cave Inc | hpauley@supplyone.com<br>90 Packaging Drive<br>Weyers Cave, VA  24486 |
| Tampa Bay Arena LLC | AccountsReceivable@viniksportsgroup.com<br>401 Channelside Dr<br>Tampa, FL  33602 |
| TCS Total Customs Service | tanya@totalcustoms.ca<br>2555 Dollard Avenue, Suite 206<br>Lasalle, QC H8N 3A9<br>Canada |
| Tetra Pak Canada Inc | Pascaline.Ngassa@tetrapak.com<br>15 Allstate Park, 6th Floor<br>Markham, ON TL3R 5B4<br>Canada |
| Tetra Pak Inc. | Pascaline.Ngassa@tetrapak.com<br>3300 Airport Road<br>Denton, TX  76207 |
| TFP (The Fourth Period) Media Inc. | pagnotta@tfpmedia.com<br>25 Swenson St.<br>Alliston, ON TL9R 0J6<br>Canada |
| The Beverage Market LLC | dconrad@tbm304.com<br>60 Pilsner Place<br>Charleston, WV  25312 |
| The Data Council LLC | TDC.Accounting@advantagesolutions.net<br>18100 Von Karman Avenue Suite 1000<br>Irvine, CA  92612 |
| The Government of Yukon | YGrecycles@yukon.ca<br>Box 2703<br>Whitehorse, YT Y1A 2C6<br>Canada |
| The Hibbert Company | JDezelich@hibbertgroup.com<br>400 Pennington Ave, P.O. Box 8116<br>Trenton, NJ  08650-0116 |

| | |
|---|---|
| The Hibbert Group | 19521 E. 32nd Pkwy<br>Aurora, CO 80011 |
| The Juice Press LLC | accounting@juicepress.com<br>1 W 22nd Street<br>New York, NY  10011 |
| The Legends Brand Inc. | sales@rthelegendsbrand.com<br>5500 W. Rosecrans Ave<br>Hawthorne, CA  90250 |
| The Los Angeles Lakers, Inc. | Attn: Daniel M. Grigsby<br>dgrigsby@la-lakers.com<br>2275 E. Mariposa Avenue<br>El Segundo, CA 90245 |
| Terence G Banich | terence.banich@katten.com |
| The Sultzer Law Group P.C. | Jason P. Sultzer, Esq.<br>sultzerj@thesultzerlawgroup.com<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601 |
| The Sultzer Law Group P.C. | Philip J. Furia, Esq.<br>furiap@thesultzerlawgroup.com<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601 |
| The Sultzer Law Group P.C. | Daniel Markowitz, Esq.<br>markowitzd@thesultzerlawgroup.com<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601 |
| Toe Drag Hockey School | dynee99@gmail.com<br>289 Maria St<br>Toronto, ON M6P 1W6<br>Canada |
| Tops Markets LLC | AR@Topsmarkets.com<br>PO Box 1027<br>Buffalo, NY 14240-1027 |
| Total Customs Services USD | tanya@totalcustoms.ca<br>2555 Dollard Avenue, Suite 206<br>Lasalle, QC H8N 3A9<br>Canada |
| Transcontinental Printing 2005 G.P | sukhjit.m@artisancomplete.com<br>1500, Boul. Jules Poitras<br>Saint Laurent, QC H4N 1X7<br>Canada |
| Triangle Wholesalers Inc. | deanna@tribev.com<br>700 Jamesson Rd, Suite A<br>Midland, GA  31820 |
| Tri-City Distributors, L.P. | sdewaters@tricitybud.com<br>523 F.M. 306<br>New Braunfels, TX  78130 |
| TSN | AR@bellmedia.ca<br>9 Channel Nine Court<br>Toronto, ON M1S 4B5<br>Canada |
| U.S. Attorney's Office | Southern District of Texas<br>1000 Louisiana, Ste. 2300<br>Houston, TX 77002 |

| | |
|---|---|
| | usatxs.atty@usdoj.gov |
| United States Soccer Federation, Inc. | Attn: Alidu Salifu<br>asalifu@ussoccer.org<br>303 East Wacker Dr, Suite 1200<br>Chicago, IL 60601 |
| University of Ottawa | mbarnett@uottawa.ca<br>Sports Services, 85 University Priv.<br>Room 333<br>Ottawa, ON K1N 6N5<br>Canada |
| USA Hockey, Inc. | PamG@USAHOCKEY.org<br>USA Hockey Inc<br>1775 Bob Johnson Dr<br>Colorado Springs, CO 80906 |
| USA Hockey, Inc. | Attention:  Executive Director and Director of Corporate Marketing and<br>General Counsel<br>1775 Bob Johnson Drive<br>Colorado Springs, CO 80906 |
| VT Info. Processing Inc | AR@VTINFO.COM<br>402 Watertower Circle<br>Colchester, VT  05446 |
| Walters-Dimmick Petroleum Inc | rthurston@waltersdimmick.com<br>1620 S Kalamazoo Ave<br>Marshall, MI  49068 |
| Wasserman | kcarto@teamwass.com<br>10900 Wilshire Blvd #1200<br>Los Angeles, CA  90024 |
| Waste Connections of Canada | 650 Creditstone Road<br>Concord, ON L4K 5C8<br>Canada |
| WEBB Banks Caribbean Ventures, LLC d/b/a WB Canna Co. | Alexandrakis Law PLLC<br>c/o A. Planton Alexandrakis<br>55 Merrick Way, Suite 202A<br>Coral Gables, FL 33134 |
| Western Beverage, LLC dba Double Eagle Distributing | scarlock@doubleeagledist.com<br>50 Lock Road<br>Deerfield Beach, FL  33442 |
| WhiteWater Web | jody@whitewatersolutions.com<br>4609 Sugar Maple Drive<br>Ottawa, ON K1V1Y5<br>Canada |
| Wiggins Enterprise, Inc. | rclarke@awigginsenterprise.com<br>7701 Golden Valley PO Box 270030<br>Golden Valley, MN  55427 |
| Wilsbach Distributors | mcalla@wilsbach.com<br>1977 Oberlin Road<br>Harrisburg, PA  17111 |
| Wincraft, Incorporated | accountsreceivable@wincraft.com<br>PO BOX 708<br>Winona, MN  55987 |
| Winn-Dixie Stores Inc | PO BOX 850001<br>Orlando, FL  32885-0230 |
| WISE Toronto | tor_treasurer@wiseworks.org<br>50 Bay Street, 11th Floor<br>Toronto ON M5J 2X8 |

| | Canada |
|---|---|
| Wright Beverage Distributing | 3165 Brighton-Henrietta Townline Rd.<br>Rochester, NY  14623-2795 |
| Wright Hand Packaging Inc. | RobertW@ccpsinc.ca<br>2679 Bristol Circle Unit 7<br>Oakville, ON L6H 6Z8<br>Canada |
| XPO Logistics | invoiceinquiry@rxo.com<br>11215 North Community House Road<br>Charlotte, NC  28277 |
| XPO Logistics Managed Transportation | nick.bibler@xpo.com<br>29983 Network Place<br>Chicago, IL  60673-1299 |