**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| BIOSTEEL SPORTS NUTRITION INC., | ) | Case No. 23-90777 (DRJ) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Brenda Kemp, certify that:

1.     I am employed by the law firm of Akin Gump Strauss Hauer & Feld LLP at 2300 N. Field Street, Suite 1800, Dallas, Texas 75201, attorneys for BioSteel Sports Nutrition Inc. in its capacity as Foreign Representative.

2.     I hereby certify that, on September 21, 2023, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the documents listed below to be served via electronic mail on the parties listed in **Exhibit A** attached hereto.

3.     I hereby certify that, on September 20, 2023, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the documents listed below to be served via First Class Mail on the parties listed in **Exhibit B** attached hereto.

- *Order Granting Foreign Representative's Emergency Motion for Provisional Relief Pursuant to Bankruptcy Code Section 1519* [Docket No. 23];

- *Order (I) Scheduling Recognition Hearing and (II) Specifying Form and Manner of Service of Notice* [Docket No. 24]; and

- *Notice of Recognition Hearing on Foreign Recognition Proceeding*

Dallas, Texas
Dated:  September 21, 2023

/s/ Brenda Kemp
Brenda Kemp

## **EXHIBIT A**

| | |
|---|---|
| 1 UP Creative LLC | jd@1upsportsmarketing.com |
| 1000298920 Ontario Inc. O/A NV Reporting & Process Automation | eod2_bio@trajectoryinc.com |
| 15 and the Mahomies Foundation | phil@15andthemahomies.org |
| 7 Eleven | GM-MerchAcct-Allowance@7-11.com |
| A.L. George LLC | cpirozzi@algeorgeco.com |
| abcrc | rgomez@abcrc.com |
| Acceleration Partners, LLC | accounting@accelerationpartners.com |
| Adam Jakopin | adamjakopin94@gmail.com |
| Adams Beverages - Lumberton | Amy.Mullen@adamsbeverages.net |
| Adams Beverages of NC | Amy.Mullen@adamsbeverages.net |
| Admiral Beverage | kelly.coates@admiralbeverge.com |
| Advantage Sales and Marketing, Inc. | ASMstatements@advantagesolutions.net |
| Advertising X Design (Chris Green) | green_christofer@yahoo.com |
| Albertsons Companies | Karen.Rodriguez@albertsons.com |
| ALLEGHENY BEVERAGE CO | mchipoletti@alleghenybeverage.com |
| Allen Distribution | Tskelton@allendistribution.com |
| Allie Bendus | allie@motoathletic.com |
| Allstate Beverage | nhargrove@gulfdistributing.com |
| Alpha Trading Solutions GmbH | K.Lindauer@alpha.de |
| Amoskeag Beverages | alison.luciano@amoskeagbeverages.com |
| Andrew Nichols | andrew.l.nichols@outlook.com |
| Aramark Canada Ltd. | eft-aramarkscm@aramark.ca |
| Assemblies Unlimited Inc | sales@assemblies.com |
| B&K DISTRIBUTING | AR@BKDISTRIBUTIN.COM |
| Bashas | eclouse@bashas.com |
| Baumgarten Distributing Co. Inc | tmartin@drinkbdcibeer.com |
| Beaudry & Cadrin Inc | martinepicard@groupebeaudry.com |
| Bedrock Analytics Corporation | accounting@bedrockanalytics.com |
| Beer Capitol Distributing | Jasmine.Zabrowski@beercapitol.com |
| Belkind & CO Law | eli@belkind-law.com |
| Ben Deshaies Inc | administration@bendeshaies.com |
| Bernick's Pepsi-Cola of Duluth, Inc | wcampbell@bernicks.com |
| Beverage Marketing Corp of New York | bmcoh@beveragemarketing.com |
| Beverage South - Columbia | tanya@tribev.com |
| Beverage South Aiken/Columbia | sherry@jackbev.com |

| | |
|---|---|
| Beverage South Macon | tanya@tribev.com |
| Beverage Wholesalers Inc. | lsenf@beveragewholesalers.com |
| BioSteel Sports Nutrition Inc. | rjacobs@cassels.com |
| BioSteel Sports Nutrition Inc. | ngoldstein@ksvadvisory.com |
| BlendTek Ingredients | kmcmillan@blendtek.com |
| Blue Paint Training | bluepainttraining@gmail.com |
| Blue Ridge Beverage | trish.ashley@blueridgebeverage.com |
| Boomi | BoomiAR@boomi.com |
| Borg ITS | accounting@borgits.com |
| Brad White | Brad@bluedeercapital.com |
| Breakthru Beverage Minnesota | dscuito@breakthrubev.com |
| Briars USA Inc | jvalenti@hgbev.com |
| Brooklyn Events Center, LLC , Brooklyn Nets, LLC and New York Liberty, LLC | Justin.Klein@icemiller.com |
| Brooklyn Events Centre, LLC | ssenatus@bseglobal.net |
| Budweiser Distributing Company | garywilcox@amabud.com |
| Bullseyedonna@50points.com | Bullseyedonna@50points.com |
| CAA Sports, LLC | CAASportsAR@caa.com |
| Canada Post | CMG@canadapost.ca |
| Canadian Analytical Laboratories inc | credit1@reena-enterprises.com |
| Canopy Growth Corporation | Christelle.gedeon@canopygrowth.com |
| Can-Pest Inc. | mack.canpest@gmail.com |
| Canyon Distributing Co | ncarrillo@canyondistributing.com |
| Cape D'Or Holdings Limited | jclavel@wilsongasstops.ca |
| Capital Distributing | callen@capitaldist.com |
| Carolina Beer Company Inc. | timbater@carolina-beer.com |
| Cascades | dave_cawthorne@cascades.com |
| Casey Powell Lacrosse | coachcpowell@gmail.com |
| Cassels Brock & Blackwell LLP | rjacobs@cassels.com |
| Cedar Packaging Limited | accounts@cedarpackaging.com |
| Centex Petroleum | ar@centexpetroleum.com |
| Champagne Beverage Company, Inc | Alex.Connelly@cbc.inc |
| Champion Brands | Deneselee@championbrands.net |
| Chas. Seligman Distributing Co | JasonLux@CHASSELIGMAN.COM |
| CHEP Canada | chepbillingus@chep.com |

| | |
|---|---|
| Cheyenne Beverage Inc. dba Bison Beverage | ahunt@bisonbev.com |
| Chicago Beverage Systems, L.L.C. | RBGComms@Reyesholdings.com |
| CJW Inc. | nstella@cjwbeer.com |
| Coach Atlantic Transportation Group Inc | receivables@coachatlantic.ca |
| Coastal Beverage | rfuller@coastal-bev.com |
| Coborn's Inc. | judy.warner@cobornsinc.com |
| Cold Haus | ar@coldhausdirect.ca |
| Common Ground TN Inc | thuynh@fsmgmt.com |
| Condit | sthompson@condit.com |
| Cone Distributing | imichel@condit.com |
| Connor McDavid | mcdavid0885@rogers.com |
| Coors Distributing Co | Mary.Schwab@cdccoors.com |
| Couche-Tard | nadine.pierre-jerome@couche-tard.com |
| County Beverage Co | marywhite@countybev.com |
| C. Weller | LEGAL@CWELLER.COM |
| Crescent Crown Distributing | danielle.hettick@crescentcrown.com |
| Crest Beverage, LLC | SCulqui@reyesholdings.com |
| CyberSource Corporation | billing-cybs@visa.com |
| D&D Beverage, LLC (Brainerd Location) | AndriaR@dahlh.com |
| D&D Beverage, LLC (Virginia Location) | lisaskoglund@dahlh.com |
| Dahlheimer Beverage | vendors@dahlh.com |
| Dakin News Systems Inc. | michelelown@internationalnews.ca |
| Dakota Beverage | jackie@dakotabeverage.com |
| Daniel Bordessa | daniel.bordessa@73square.com |
| Daymon Worldwide Canada Inc | arremittanceinfo@daymon.com |
| DeCrescente Distributing | AP@ddcbev.com |
| DET Distributing Company | chrisphillips@detdist.com |
| Deutsche Sporthochschule Koln | sekretariat@dshs-koeln.de |
| Devil's Glen Country Club | zach@devilsglen.com |
| Discount Drug Mart, Inc. | julieoley@discount-drugmart.com |
| DLA Piper (Canada) LLP | edmond.lamek@dlapiper.com |
| DLL -De Lage Landen Financial Services Canada Inc | dtermorshuizen@leasedirect.com |
| DLVRD Logistics | barbara@dlvrd.com |
| DM Fulfillment Inc | Anthony.Casalone@dmfulfillment.com |
| Doll Distributing, LLC | jcruikshank@dolldistributing.com |

| | |
|---|---|
| Dovetail Media Group Ltd. | carol@dovetailmediagroup.com |
| Eastown Distributors | allenl@eastown.com |
| Edgecombe Marketing & Promotions Inc. | accounting@edgecombes.com |
| Edmonton Area Super Novice Hockey Club | tmcgrandle@dfi.ca |
| Ellwein Bros Inc | normae@ellweinbrothers.com |
| Encore Market Engagement | gary.nagasuye@encoreengage.com |
| Encorp Atlantic Inc | info@encorpatl.ca |
| Encorp Pacific (Canada) | bcorrigan@returnit.ca |
| ESHA Research Inc | info@esha.com |
| EyeSee Inc | accounting@eyesee-research.com |
| FBM _2592335 ONTARIO INC | accounts@focuscleaning.ca |
| Fechtel Beverage and Sales Inc. | morgan.fechtel@fechtelbeverage.com |
| Federated Co-Operatives Ltd | Payments@FCL.CRS |
| FEDEX | cheryl.todish@fedex.com |
| Feldkamp Marketing | lisa@feldkampmarketing.com |
| Festival Foods | bhanson@festfoods.com |
| Fischer-Thompson Beverages, Inc. | afischer@ftbev.com |
| Fisher59 | accounting@fisher59.com |
| Five Star Distributing | steve.hackler@fivestardistributing.net |
| Flip Give | mrocha@flipgive.com |
| Flip Give (US) | mrocha@flipgive.com |
| Florida Distributing | cgregersen@reyesholdings.com |
| Flow Alkaline Spring Water | ar@flowhydration.com |
| FM Promotions | info@fmpromotions.ca |
| Foodlegal Pty Ltd | accounts@foodlegal.com.au |
| Frank Beer Distributors, Inc | kirstenrabenhorst@frankbeveragegroup.com |
| Gary Klinger, Esq. | gklinger@milberg.com |
| Gatestone & Co. Inc | globalcustomerservice@gatestoneco.com |
| General Wholesale Beer Company | slockhart@gwc-atl.com |
| General Wholesale Company of Augusta | general.aug@gwc-atl.com |
| George Dowbnia | gdowbnia@hibbertgroup.com |
| Getty Images (Canada) Inc | credit-NA@gettyimages.com |
| Gold Coast Eagle Distributing | ap@gceagle.com |
| Goldman Sachs & Co. LLC | alec.kenda@gs.com |
| Goldring Gulf | nhargrove@gulfdistributing.com |

| | |
|---|---|
| Government of the Northwest Territories | environmentfund@gov.nt.ca |
| Great Bay Distributors Inc. | KathyK@greatbaybud.com |
| Greenergy (BCP IV Service Station LP) | bgf.accounts.receivable@greenery.com |
| GS1 Canada | info@gs1ca.org |
| Gulf Distributing Co of Alabama | nhargove@gulfdistributing.com |
| Gulf Distributing Co of Alabama-Birmingham | nhargove@gulfdistributing.com |
| Gulf Distributing Co of Alabama-Huntsville | nhargove@gulfdistributing.com |
| Gulf Distributing Co of Birmingham | nhargove@gulfdistributing.com |
| Gulf Distributing Co of Mobile | nhargove@gulfdistributing.com |
| Gulf Supreme of Central Alabama | nhargove@gulfdistributing.com |
| GumGum Sports Inc. DBA Relo Metrics | accounting@gumgum.com |
| H.O.P.E Volleyball | marcia@hopevolleyball.com |
| Harbor Distributing, LLC | jbasal@reyesholdings.com |
| Harris Beach PLLC | clientpayments@harrisbeach.com |
| Hayden Beverage Co. | AReynolds@haydenbeverage.com |
| Hayes Beer of Rockford | mlaloggia@hayesbeer.com |
| Heart of America Beverage | tdavidson@hoabev.com |
| Heidelberg Distributing of Dayton | Mary.Menke@HeidelbergDistributing.com |
| Hero Brands Inc | finance@herobrands.com |
| High Country Beverage | rscott@hcbeer.com |
| High Peaks Distributing LLC | bgriffin@mccraithbev.com |
| Hinge Consulting LLC | ar@hingeglobal.com |
| Hurricanes Hockey LP | pattyh@carolinahurricanes.com |
| Husky Oil Marketing Company | vince.kucey@cenovus.com |
| Hypte Solutions LLC | cheryl.liman@hypte.com |
| Imbibe Inc | payment@imbibeinc.com |
| Independent Buyers' Co-Op | courtney@ibcco-op.com |
| Indiana Beverage | tony.koselke@indianabev.com |
| Inglasco Inc. | mccebrian@inglasco.com |
| Inmar | inmar.accountsreceivable@inmar.com |
| Innovative Integrated Solutions LLC | dsardo@iispkg.com |
| Innover Inc. | umang.sharma@innoverdigital.com |
| Instacart | AR@instacart.com |
| Island Distributing, L.L.C. | rbgsupplier@reyesholdings.com |
| J. Hunter Bryson, Esq. | hbryson@milberg.com |

| | |
|---|---|
| Jas Forwarding (Netherlands) | B.V.leyla.ozkan@jas.com |
| John Celenza | johnrcelenza@gmail.com |
| Jo's Globe Distributing Inc | anthonym@josglobe.com |
| Joshua Marshall | jmarshall7893@gmail.com |
| JW Nutritional | madeline@jwnutritional.com |
| Katie Wagner | katewagnerr@icloud.com |
| Ken Heberer | ken.heberer@distributionmgmt.com |
| Koerner Distributor | info@koernerdistributor.com |
| Latham & Watkins LLP | CASHRECE@LW.COM |
| LBR Importing & Distributing, Inc DBA Angelo Caputo's Fresh Market | Estefanowicz@Caputomarkets.com |
| Learfield Communications, LLC | AR@LearfieldIMGCollege.com |
| Link Retail Solutions Inc. | carrieg@linkretailsolutions.com |
| Long Beverage | mscates@longbeverage.com |
| MacEwen | s.sinden@macewen.ca |
| Mac's Convenience Stores Inc. | accountsreceivable@macs.ca |
| Magic City Beverage Co | bradk@magiccitybev.com |
| Manhattan Beer Distributors, LLC | customerservice@manhattanbeer.net |
| Manifesto Sport Management Inc. | accounting@manifestosport.com |
| Maritime Air Charter Limited | info@maritimeair.com |
| McCraith Breverages | lncbgriffin@mccraithbev.com |
| Meta Platforms Inc. | payment@fb.com |
| Metro Beverage of Philadelphia | katiebitting@metrobevphila.com |
| Miami Heat Limited Partnership and Basketball Properties, Ltd | james.hulme@afslaw.com |
| Michael Cammalleri | mac.cammalleri@gmail.com |
| Michelle McGrattan | themichellemethod@gmail.com |
| Mike Cammalleri | mac.cammalleri@gmail.com |
| Mike Noel | mnoel@torys.com |
| Milberg Coleman Bryson Phillips Grossman, PLLC | eruben@milberg.com |
| Minister of Finance SK | SaskTaxInfo@gov.sk.ca |
| Mitchell Beverage Meridian | gina.farley@mitchellcompanies.com |
| Mitchell Beverage of Maryland, LLC  DBA Chesapeake Beverage | info@chesapeakebeverage.com |
| MMSB | remittances@mmsb.nl.ca |
| Mockler Beverage Company | meghanw@mocklerbeverage.com |
| Monarch Distributing | IHolland@reyesholdings.com |
| Morelli's Distributing | Morellis@srt.com |

| | |
|---|---|
| Mountain Beverage | info@mountainbeverage.com |
| MS Endeavor, Inc (DBA) The Defiant | business.affairs@thedefiant.com |
| Muir Hotel | mbuckley@armourgroup.com |
| National Golf Course Owners Association Canada (NGCOA) | qxiong@ngcoa.ca |
| NBF Holdings Canada Inc | dbolitho@nutrablendfoods.com |
| Nellys Powerskating and Skills Inc | aboveandbeyondhockey1@gmail.com |
| NetSuite Inc | rvaldez@netsuite.com |
| New Team LLC DBA Team Enterprises | info@teamenterprises.com |
| NHL ENTERPRISES, LP | nlinden@nhl.com |
| Nice-Trading Oy | markus@nice-trading.fi |
| Nick Suciu III, Esq | nsuciu@milberg.com |
| Nielsen Consumer LLC | Consumerusbilling@nielseniq.com |
| Nielsen IQ | nar01@enterprisenet.org |
| North Kansas City Beverage Co. | tborland@nkcbev.com |
| NSF International US | payments@nsf.org |
| Nutrasource Pharmaceutical and Nutraceutical Services | Ssaman@nutrasource.ca |
| NYSCO Products LLC | info@nysco.com |
| O'Connor Distributing | rschwartz@oconnordistributing.com |
| O'Fallon Hoots | dschmoll@ofallonhoots.com |
| Origlio Beverage | mgoral@origlio.com |
| Osprey Beverages LLC | beischen@ospreybev.com |
| P & G Tzelalis O.E | ptzelalis@tzelalis.eu |
| Palm One Investments LLC | mpriolo@density.ca |
| Pattison Outdoor Advertising LP | CTEAM@PATTISONOUTDOOR.COM |
| Pepin Distributing | info@pepindist.com |
| | rhiestand@teampepin.com |
| Phase 1 Prototypes, LLC | mail@p1proto.com |
| Philadelphia 76ers, L.P. | paulfenstermaker@hbse.com |
| Pine State Beverage | Billbacks@PineStateTrading.com |
| Platon Alexandrakis | platon@alexandrakislaw.com |
| Plative Inc. | kpickett@plative.com |
| PMX Air Express Inc | pmxair@efsnet.ca |
| PR Petroleum Ltd | seeham.elfarse@cancopetroleum.ca |
| Premium Beverage Company | lclark@prembev.net |
| Premium Distibutors of VA, LLC | rbgsupplier@reyesholdings.com |

| | |
|---|---|
| Premium Distributors of Michigan, L.L.C. | rodeleon@reyesholdings.com |
| Premium Distributors of Washington, DC, L.L.C. | reyesholdings.cls.inbox@highradius.com |
| Presence Marketing | kvalentine@pmidpi.com |
| | jcaulkins@pmidpi.com |
| Prince Edward Island | peitreasury@gov.pe.ca |
| Proactive Supply Chain Solutions | ar@proactivegroup.ca |
| Product Connections | PWARInvoices@crossmark |
| Pro-X Event Inc. | feng@proxevent.ca |
| Pulp & Fiber Inc. o/a Community | accounting@pulpandfiber.com |
| Quad Packaging | MLange@quad.com |
| Quality Acquisition Company dba Eagle brands Sales | cvincenty@eaglebrands.com |
| Quality Brands of Omaha | loretta.lang@qbdist.com |
| Quotient Technology Inc. | cashreceipts@quotient.com |
| RBC Ampli Inc. | billing@ampli.ca |
| Roadrunners Courier | danielle@zaptor.com |
| Robert L. Thomas, III | thomas@virginiarealtygroupllc.com |
| Rogers Media Inc | eric.boughton@rci.rogers.com |
| RXO Managed Transport, LLC | Nick.Bibler@rxo.com |
| S.R. Perrott, Inc | amelia@srperroott.com |
| Safeguard | shaunr@gosafeguard.com |
| Sales Line LTD | charles.foden@email.com |
| Savannah Distributing Co. | billbacks@savdist.com |
| Schott Distributing co, Inc. | jill@schott-sch.com |
| SCI Logistics | beulah.vijayakumar@sci.ca |
| Scott Bomhof | sbomhof@torys.com |
| Scott Coulton | scott_coulton@hotmail.com |
| Seaview Beverage | bmooneyseaview@gmail.com |
| Shell Canada Products | retailenquiies_ca@SHELL.com |
| Silver Eagle Beverages | jose.vallejo@sedbud.com |
| Silver Eagle Distributors Houston, LLC | elizabethmelgar@silvereagle.com |
| SK Team LLC | msnoeberger@vegasgoldenknights.com |
| Skip Shapiro Enterprises, LLC | AR@ShapiroE.com |
| Skyland Distributing Company | cmarvin@sdcwnc.com |
| Sodexo Canada Ltd. | CAProcurementFinance@sodexo.com |
| Southern Arizona Distributing | danielle.chavez@lindendist.net |

| | |
|---|---|
| Southern Beverage Co. | tammy.blaine@southernbeverage.com |
| Southern Crown Partners | accountspayable@scpdist.com |
| Southern Eagle Distributing | ar@southerneagledist.com |
| Southern Glazers Wine and Spirits LLC | nvsupplierbilling@sgws.com |
| Specialized | Martha.Valdez@specialized.com |
| Speed Global Services | ar@speedgs.com |
| Spins LLC | accounts_receivable@spins.com |
| Spotlight Ticket Management, Inc | accounting@Ticketmanager.com |
| SPS Commerce | billing@spscommerce.com |
| Standard BeverageSBC | Accounting@stdbev.com |
| Standard Sales Company | pmorales@standardsales.com |
| Star Distributors Inc. | sgervasio@stardistributors.com |
| Stephens Distributing Company | susan@stephensdist.com |
| StevensE3 | adrianh@stevense3.com |
| Summit Distributing | ACrowley@summit-distributing.com |
| SummitHill Sales and Marketing, Inc | COLEM@SUMMITHILLSALES.COM |
| Suncoast Beverage | Salesaccountspayable@suncoastbev.com |
| Supply One | hchico@supplyone.com |
| SupplyOne - Weyers Cave Inc | hpauley@supplyone.com |
| Tampa Bay Arena LLC | AccountsReceivable@viniksportsgroup.com |
| TCS Total Customs Service | tanya@totalcustoms.ca |
| Terence Banich | terence.banich@katten.com |
| Tetra Pak Canada Inc | Pascaline.Ngassa@tetrapak.com |
| Tetra Pak Inc. | Pascaline.Ngassa@tetrapak.com |
| TFP (The Fourth Period) Media Inc. | pagnotta@tfpmedia.com |
| The Beverage Market LLC | dconrad@tbm304.com |
| The Data Council LLC | TDC.Accounting@advantagesolutions.net |
| The Government of Yukon | YGrecycles@yukon.ca |
| The Hibbert Company | JDezelich@hibbertgroup.com |
| The Juice Press LLC | accounting@juicepress.com |
| The Legends Brand Inc. | sales@rthelegendsbrand.com |
| The Los Angeles Lakers, Inc. | dgrigsby@la-lakers.com |
| The Sultzer Law Group P.C. | sultzerj@thesultzerlawgroup.com |
| | furiap@thesultzerlawgroup.com |
| | markowitzd@thesultzerlawgroup.com |

| | |
|---|---|
| Toe Drag Hockey School | dynee99@gmail.com |
| Tops Markets LLC | AR@Topsmarkets.com |
| Total Customs Services USD | tanya@totalcustoms.ca |
| Transcontinental Printing 2005 G.P | sukhjit.m@artisancomplete.com |
| Triangle Wholesalers Inc. | deanna@tribev.com |
| Tri-City Distributors, L.P. | sdewaters@tricitybud.com |
| TSN | AR@bellmedia.ca |
| United States Attorney for the Southern District of Texas | usatxs.atty@usdoj.gov |
| United States Soccer Federation, Inc. | asalifu@ussoccer.org |
| United States Trustee | hector.duran.jr@usdoj.gov |
| | alicia.barcomb@usdoj.gov |
| University of Ottawa | mbarnett@uottawa.ca |
| USA HOCKEY, INC | PamG@USAHOCKEY.org |
| VT Info. Processing Inc | AR@VTINFO.COM |
| Walters-Dimmick Petroleum Inc | rthurston@waltersdimmick.com |
| Wasserman | kcarto@teamwass.com |
| Western Beverage, LLC dba Double Eagle Distributing | scarlock@doubleeagledist.com |
| WhiteWater Web | jody@whitewatersolutions.com |
| Wiggins Enterprise, Inc. | rclarke@awigginsenterprise.com |
| Wilsbach Distributors | mcalla@wilsbach.com |
| Wincraft, Incorporated | accountsreceivable@wincraft.com |
| WISE Toronto | tor_treasurer@wiseworks.org |
| Wright Hand Packaging Inc. | RobertW@ccpsinc.ca |
| XPO Logistics | invoiceinquiry@rxo.com |
| XPO Logistics Managed Transportation | nick.bibler@xpo.com |

**EXHIBIT B**

Common Ground TN Inc
thuynh@fsmgmt.com
Gunnar Peterson
16133 Ventura Blvd Suite 545
Encino CA 91436

Learfield Communications, LLC
AR@LearfieldIMGCollege.com
Learfield Communications
PO Box 843038
Kansas City MO 64184

Miami Heat Limited Partnership
Attn: Krista Whitaker
601 Biscayne Blvd
Miami, FL 33132

Philadelphia 76ers, L.P.
Paul Fenstermaker
paulfenstermaker@hbse.com
3 Banner Way
Camden, NJ 08103

The Los Angeles Lakers, Inc.
Attn: Daniel M. Grigsby
dgrigsby@la-lakers.com
2275 E. Mariposa Avenue
El Segundo, CA 90245

United States Soccer Federation, Inc.
Attn: Alidu Salifu
asalifu@ussoccer.org
303 East Wacker Dr, Suite 1200
Chicago IL 60601

USA HOCKEY, INC
PamG@USAHOCKEY.org
USA Hockey Inc
1775 Bob Johnson Dr
Colorado Springs CO 80906

1 UP Creative LLC
jd@1upsportsmarketing.com
2505 Anthem Village Dr
Henerson NV 89052

1000298920 Ontario Inc. O/A NV Reporting & Process
Automation
eod2_bio@trajectoryinc.com
386 Grovehill Rd
Oakville ON L6H 6P3
CANADA

15 and the Mahomies Foundation
phil@15andthemahomies.org
8930 West Sunset Blvd. Suite #240
Las Vegas NV 89148

7 Eleven
GM-MerchAcct-Allowance@7-11.com
7-eleven Canada
Suite 2400, 13450 102nd Ave
Surrey BC V3T OC3
CANADA

7G Distributing, LLC
9925 6th Street SW
Cedar Rapids, IA 52404

A.L. George LLC
cpirozzi@algeorgeco.com
AL George LLC / OBC
7655 Edgecomb Dr
Liverpool NY 13088

abcrc
rgomez@abcrc.com
90157 Avenue N.E.
Calgary AB T2E 8X9
CANADA

Acceleration Partners, LLC
accounting@accelerationpartners.com
Acceleration partners llc
6 Liberty Sq PMB 96813
Boston MA 02109

Adam Jakopin
adamjakopin94@gmail.com
Contact Foreign Representative's counsel for information

Adams Beverages - Lumberton
Amy.Mullen@adamsbeverages.net
797 Canton Rd
Lumberton, NC 28360

Adams Beverages of NC
Amy.Mullen@adamsbeverages.net
7505 Statesville Road
Terry Collom NC 28269

Admiral Beverage
kelly.coates@admiralbeverge.com
Admiral Beverages
PO Box 726
Worland WY 82401

Advantage Sales and Marketing, Inc.
ASMstatements@advantagesolutions.net
Advantage Sales & Marketing DBA Promo Point
Marketing
PO Box 744347
Atlanta GA 30374

Advertising X Design (Chris Green)
green_christofer@yahoo.com
Chris Green
34 Stoney Point D
Kingston, MA 02364

Ajax Distributing Company
Ajax Distributing Company, Inc
330 Warfield Blvd
Clarksville TN 37043

Albertsons Companies
Karen.Rodriguez@albertsons.com
Norcal Division, PO Box 742918
Los Angeles, CA 90074

ALLEGHENY BEVERAGE CO
mchipoletti@alleghenybeverage.com
7265 Llier Dr.
Fairview, PA 16415

Allen Distribution
Tskelton@allendistribution.com
Allen Distribution
PO Box 62
Plainfield PA 17081

Allie Bendus
allie@motoathletic.com
3563 Lakeshore Blvd W-Unit 607
Toronto, ON  M8W 0A3
CANADA

Allstate Beverage
nhargrove@gulfdistributing.com
130 Sixth Street
Montgomery, AL 36104

Alpha Trading Solutions GmbH
K.Lindauer@alpha.de
Am Kletthamer Feld 10
85435 Erding, Germany

Amoskeag Beverages
alison.luciano@amoskeagbeverages.com
P.O. Box 1148
Concord, NH 03302

Aramark Canada Ltd.
eft-aramarkscm@aramark.ca
ARAMARK Canada Ltd. Supply Chain Management
200 - 5150 Spectrum Way
Mississauga ON L4W 5G1
CANADA

Assemblies Unlimited Inc
sales@assemblies.com
141 Covington Dr
Bloomingdale, IL 60108

B&K DISTRIBUTING
AR@BKDISTRIBUTIN.COM
B&K Distributing Company
1140 13th St PO Box 772172
Steamboat Springs CO 80477

Baker Distributing Company
PO Box 50
North Clarendon, VT 05759

Bashas
eclouse@bashas.com
Bashas Inc
PO box 488
Chandler, AZ 85244

Baumgarten Distributing Co. Inc
tmartin@drinkbdcibeer.com
Baumgarten Distributing Co. Inc
1618 W Detweiller Dr
Peoria, IL 61615

Bay Food Brokerage, Inc.
Great Bay Distributors Inc
2750 Eagle ave N
St Petersburg, FL 33716

Beaudry & Cadrin Inc.
martinepicard@groupebeaudry.com
12225, Boul. Metropolitain Est.,
Pointe-Aux-Trembles QC H1B 5R3
CANADA

Bedrock Analytics Corporation
accounting@bedrockanalytics.com
350 Frank H Ogawa Plz, Suite 500
Oakland, CA 94612

Beer Capitol Distributing
Jasmine.Zabrowski@beercapitol.com
W222 N5700 Miller Way
Sussex, WI 53089

Belkind & CO Law
eli@belkind-law.com
Belkind & Co
Haarbaa Towers, 25th Floor, 28 Haarbaa St, Tel-Aviv
6473925
ISRAEL

Bell Mobility
Bell Mobility Inc
P.O. Box 5102
Burlington ON L7R 4R7
CANADA

Ben Deshaies Inc
administration@bendeshaies.com
431, 6' Rue Ouest
Amost QB J9T 2V5
CANADA

Ben E. Keith Beverages
Ben E Keith Beverages
1805 Record Crossing Rd
Dallas TX 75235

Bernick's Pepsi-Cola of Duluth, Inc
wcampbell@bernicks.com
Bernicks Beverage
801 Sundial Dr
Waite Park, MN 56387

Beverage South Aiken/Columbia
sherry@jackbev.com
265 Metropolitan Drive
West Columbia, SC 29170

Beverage South Macon
tanya@tribev.com
PO Box 226
Macon, GA 31202

Beverage South of Aiken LLC dba
Beverage South – Columbia
tanya@tribev.com
3 Villa Dr. NW
West Columbia, SC 29170

Beverage Wholesalers Inc.
lsenf@beveragewholesalers.com
PO BOX 1864
Fargo, ND 58107

Royal Bank of Canada
10 York Mills Rd. 3rd Floor
Toronto, ON M2P 0A2

BlendTek Ingredients
kmcmillan@blendtek.com
10 Goddard Crescent
Cambridge, ON N3E 0A9
CANADA

Blue Paint Training
bluepainttraining@gmail.com
419 W Otterman ST
Greensburg, PA 15601

Blue Ridge Beverage
trish.ashley@blueridgebeverage.com
PO Box 700
Salem, VA 24153

Boomi
BoomiAR@boomi.com
1209 Orange Street
Wilmington DE

Borg ITS
accounting@borgits.com
1-87 Wingold Ave
North York, ON M6B 1P8
CANADA

Breakthru Beverage Minnesota
dscuito@breakthrubev.com
475 Prior Avenue N
ST. Paul, MN 55104

Briars USA Inc
jvalenti@hgbev.com
893 Georges Road
South Brunsick, NJ 08092

Brooklyn Events Centre, LLC
ssenatus@bseglobal.net
168 39th street 7th Floor
Brooklyn, NY11232

Brookshire Brothers
PO BOX 2058
Lufkin, TX 75902-2058

Budweiser Distributing Company
garywilcox@amabud.com
100 S Philadelphia
Amarillo, TX 79104

Bullseyedonna@50points.com
13011 Mast Road, RR4
Port Perry, ON L9L 1B5
CANADA

CAA Sports, LLC
CAASportsAR@caa.com
2000 Avenue of the Stars
Los Angeles, CA 90067

Can-Pest Inc.
mack.canpest@gmail.com
1068 Telecom Rd.
Pontypool, CA L0A 1K0
CANADA

Canada Post
CMG@canadapost.ca
2701 Riverside Dr
Ottawa, ON K1A 1 L7
CANADA

Canada Revenue Agency
555 Mackenzie Avenue
Ottawa, ON L1S 2G2
CANADA

Canadian Analytical Laboratories inc
credit1@reena-enterprises.com
6733 KITIMAT ROAD
MISSISSAUGA, ON L5N 1W3
CANADA

Canadian Tire
PO BOX 770 Station K.
Toronto, ON M4P 2V8
CANADA

Canyon Distributing Co.
ncarrillo@canyondistributing.com
PO BOX 10198
Fayetteville, AR 72703

Cape D'Or Holdings Limited
jclavel@wilsongasstops.ca
3617 Barrington St
Halifax, NS B3K 2Y3
CANADA

Capital Distributing
callen@capitaldist.com
421 North Portland Avenue
Oklahoma City, OK 73107

Carey Distributors, Inc.
PO BOX B
Fruitla, MD 21826

Carolina Beer Company Inc.
timbater@carolina-beer.com
PO Box 938
Anderson, SC 29622

Cascades
dave_cawthorne@cascades.com
1061 Rue Parent
Saint-Bruno, QC J3V 6R7
CANADA

Casey Powell Lacrosse
coachcpowell@gmail.com
800 S. Osprey Avenue
Sarasota, FL 34236

Cedar Packaging Limited
accounts@cedarpackaging.com
3800 Rogers Avenue, Suite 5
Fort Smith, AK 72903

Centex Petroleum
ar@centexpetroleum.com
#203, 1717 10th Street N.W.
Calgary, AB T2M4S2
CANADA

Champagne Beverage Company, Inc
Alex.Connelly@cbc.inc
One Bud Place
Madisonville, LA 70447

Champion Brands
Deneselee@championbrands.net
5571 Florida Mining Blvd S
Jacksonville, FL 32257

Chas. Seligman Distributing Co
JasonLux@CHASSELIGMAN.COM
10885 Clydesdale Ct.
Walton, KY 41094

CHEP Canada
chepbillingus@chep.com
C/O TH1203 - PO Box 4290, STN A
Toronto, ON M5W 0E1
CANADA

Cheyenne Beverage Inc. dba Bison Beverage
ahunt@bisonbev.com
2208 E Allison Rd.
Cheyenne, WY 82007

Chicago Beverage Systems, L.L.C.
RBGComms@Reyesholdings.com
441 N Kilbourn Ave,
Chicago IL 60624

CJW Inc.
nstella@cjwbeer.com
2437 Chicory Road
Racine, WI 53403

Coach Atlantic Transportation Group Inc.
receivables@coachatlantic.ca
7 Mount Edward Rd.
Charlottetown, PE C1A 5R7
CANADA

Coastal Beverage
rfuller@coastal-bev.com
461 North Corporate Dr
Wilmington, NC 28401

Coborn's Inc.
judy.warner@cobornsinc.com
1921 Coborn Blvd. PO Box 1502
St. Cloud, MN 56302

Cold Haus
ar@coldhausdirect.ca
60 Hereford St
Brampton, ON L6Y 0N3
CANADA

Columbia Distributing LLC
27200 SW Parkway Ave
Wilsonville, OR 97070

Comer Distributing Co.
PO Box 10821, 110 Carmel Rd,
Rock Hill, SC 29731-0821

Condit
sthompson@condit.com
5151 Bannock St.
Denver, CO 80216

Cone Distributing
imichel@condit.com
1551 NW 44th Ave
Ocala, FL 34482

Coors Distributing Co
Mary.Schwab@cdccoors.com
5400 N. Pecos Street
Denver, CO 80221

Couche-Tard
nadine.pierre-jerome@couche-tard.com
4204 Boulevard Industriel
Laval, QC H7L 0E3
CANADA

County Beverage Co
marywhite@countybev.com
301 SE Bailey Road
Lees Summit, MO 64081

Crescent Crown Distributing
danielle.hettick@crescentcrown.com
1640 W. Broadway
Mesa, AZ 85202

Crest Beverage, LLC
SCulqui@reyesholdings.com
5901 Bolsa Avenue
Huntington Beach, CA 92647

CyberSource Corporation
billing-cybs@visa.com
PO BOX 742842
Los Angeles, CA 90074

D&D Beverage, LLC (Brainerd Location)
AndriaR@dahlh.com
923 Wright Street
Brainerd, MN 56401

D&D Beverage, LLC (Virginia Location)
lisaskoglund@dahlh.com
8409 Enterprise Dr.
Mountain Iron, MN 55792

Dahlheimer Beverage
vendors@dahlh.com
3360 Chelsea Road West
Monticello, MN 55362

Dakin News Systems Inc.
michelelown@internationalnews.ca
701-130 Queens Quay Eas
Toronto, ON M5A 0P6
CANADA

Dakota Beverage
jackie@dakotabeverage.com
4532 N. Cliff Ave.
Sioux Falls, SD 57104

Daymon Worldwide Canada Inc
arremittanceinfo@daymon.com
2 GURDWARA RD Suite 604
Ottawa ON K2E 1A2
CANADA

DeCrescente Distributing
AP@ddcbev.com
211 North Main Street
Mechanicville, NY12118

DET Distributing Company
chrisphillips@detdist.com
301 Great Circle Rd
Nashville, TN 37228

Deutsche Sporthochschule Koln
sekretariat@dshs-koeln.de
Am Sportpark Muengersdorf 6
Cologne 50933
GERMANY

Devil's Glen Country Club
zach@devilsglen.com
1793 County Road 124
Duntroon, ON  L0M1H0
CANADA

Discount Drug Mart, Inc.
julieoley@discount-drugmart.com
P.O. Box 901390
Cleveland, OH 44190

DLL -De Lage Landen Financial Services Canada Inc
dtermorshuizen@leasedirect.com
T4557 PO Box 4557 STN A
Toronto ON M5W 0K1
CANADA

DLVRD Logistics
barbara@dlvrd.com
9500 Rue Meilleur Suite 555
Montreal QC L4K 4H2
CANADA

DM Fulfillment Inc
Anthony.Casalone@dmfulfillment.com
5 Research Park Dr
St. Charles, MO 63195

Doll Distributing, LLC
jcruikshank@dolldistributing.com
1901 De Wolf Street
Des Moines, IA 50316

Dovetail Media Group Ltd.
carol@dovetailmediagroup.com
PH3 - 2 Old Mill Drive
Toronto ON M6S 0A2
CANADA

Eastown Distributors
allenl@eastown.com
14400 Oakland Ave.
Highland Park, MI 48203

Edgecombe Marketing & Promotions Inc.
accounting@edgecombes.com
PO Box 3147, 1699 King St. Unit #101
Windsor NS B0N 2T0
CANADA

Edmonton Area Super Novice Hockey Club
tmcgrandle@dfi.ca
2404 51 Avenue NW
Edmonton AB T6P 0E4
CANADA

Ellwein Bros Inc
normae@ellweinbrothers.com
PO Box 136
Huron, SD 57350

Enbridgeenbridgegas.com
PO Box 644
Scarbourgh ON M1K 5H1
CANADA

Encore Market Engagement
gary.nagasuye@encoreengage.com
2295 Bristol Circle Suite 200
Oakville ON L6H 6P8
CANADA

Encorp Atlantic Inc
info@encorpatl.ca
P.O. Box 65
Moncton N BE1C 8R9
CANADA

Encorp Pacific (Canada)
bcorrigan@returnit.ca
2250 Boundary Road Unit 206
Burnaby BC V5M 3S2
CANADA

Enterprise Rent A Car Canada Company
PO Box 9716 Station A
Toronto ON M5W1R6
CANADA

ESHA Research Inc
info@esha.com
4747 Skyline Rd S Suite 100
Salem, OR 97306

Euclid Beverage
200 Overland Dr.
North Aurora, IL 60542

EyeSee Inc
accounting@eyesee-research.com
530 7th Avenue - Suite 902
New York, NY 10018

Fabiano Brothers Inc
1885 Bevanda Ct.
Carrollton Township, MI 48706

Fahr Beverage Inc
PO Box 358
Waterloo, IA 50704-0358

Fanatics Retail Group Canada LTDTo:
200 Burrard Street
Vancouve Rbc V6C 3L6
CANADA

FBM _2592335 ONTARIO INC
accounts@focuscleaning.ca
235 Nugget Ave Unit 21
Toronto ON M1S3L3
CANADA

Fechtel Beverage and Sales Inc.
morgan.fechtel@fechtelbeverage.com
425 W. ELM P.O. Box 104235
Jefferson City, MO 65110

Federated Co-Operatives Ltd
Payments@FCL.CRS
PO BOX 1050
Saskatoon SK S7K3M9
CANADA

FEDEX
cheryl.todish@fedex.com
PO Box 4626
Toronto ON M5W5B4
CANADA

Feldkamp Marketing
lisa@feldkampmarketing.com
7691 Five Mile Rd Suite 203
Cincinnati, OH 45230

Festival Foods
bhanson@festfoods.com
3159 Tobermory Drive
Green Bay, WI 54311

Fischer-Thompson Beverages, Inc.
afischer@ftbev.com
25 Ironia Road
Flanders, NJ 07836

Fisher59
accounting@fisher59.com
5050 West University Dr.
Denton, TX 76207

Five Star Distributing
steve.hackler@fivestardistributing.net
4055 E Park 30 Dr
Columbia City, IN 46725

Flip Give
mrocha@flipgive.com
325 Front Street West Suite 400
Toronto ON M5V 2Y1
CANADA

Flip Give (US)
mrocha@flipgive.com
325 Front Street West Suite 400
Toronto ON M5V 2Y1
CANADA

Florida Distributing
cgregersen@reyesholdings.com
5901 Bolsa Avenue
Huntington Beach, CA  92647

Flow Alkaline Spring Water
ar@flowhydration.com
155 Industrial Parkway South Unit 7-10
Auroa ON L4G 3G6
CANADA

FM Promotions
info@fmpromotions.ca
90 Winges Rd. Unit 7 &
Woodbridge ON L4L 6A
CANADA

Foodlegal Pty Ltd
accounts@foodlegal.com.au
313 La Trobe Street
Melbourne BC 3000
CANADA

Frameworth Custom Fraiming
1198B Caledonia Road
North York ON M6A2W5
CANADA

Frank Beer Distributors, Inc
kirstenrabenhorst@frankbeveragegroup.com
2115 Pleasant View Road
Middleton WI 53562

Gatestone & Co. Inc
globalcustomerservice@gatestoneco.com
400-555 Rue Chabanel
Montreal QC H2N 2H8
CANADA

General Wholesale Beer Company
slockhart@gwc-atl.com
615 Stonehill Drive SW
Atlanta GA 30336

General Wholesale Co. of SC
8025 Howard Street
Spartanburg SC 29303

General Wholesale Company of Augusta
general.aug@gwc-atl.com
537 Laney Walker Blvd
Augusta GA 30901

Getty Images (Canada) Inc
credit-NA@gettyimages.com
199 Bay Street Commerce Court West
Toronto ON M5L1A9
CANADA

Glazer's Beer and Beverage
11101 Smitty Lane
Little Rock AR 72117

Gold Coast Eagle Distributing
ap@gceagle.com
7051 Wireless Court
Sarasota FL 34240

Golden Brands, LLC
PO BOX 741368
Los Angeles CA 90074-1368

Goldman Sachs & Co. LLC
alec.kenda@gs.com
200 West Street
New York, NY 10282

Goldring Gulf
nhargrove@gulfdistributing.com
8245 Opportunity Drive
Milton, FL 32583

Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA  94043

Government of the Northwest Territories
environmentfund@gov.nt.ca
Bag Service 1511
Yellowknife, NT X1A 2R3
CANADA

Great Bay Distributors Inc.
KathyK@greatbaybud.com
35715 US HWY 40, STE D102
Evergreen, CO  80439

Greenergy (BCP IV Service Station LP)
bgf.accounts.receivable@greenery.com
140 Allstate Parkway Suite 503
Markham ON L3R5Y8
CANADA

Greenhill & Co Canada Ltd
79 Wellington Street West
Suite 3403 PO Box 333
Toronto ON M5K 1K7
CANADA

GS1 Canada
info@gs1ca.org
c/o THI029 PO Box 4283
Postal Station A
Toronto ON M5W 5W6
CANADA

Gulf Distributing Co of Alabama
nhargove@gulfdistributing.com
5860 Endeavor Way
Huntsville, AL 35671

Gulf Distributing Co of Alabama-Birmingham
nhargove@gulfdistributing.com
6990 Cross Drive
McCalla, AL 35111

Gulf Distributing Co of Alabama-Huntsville
nhargove@gulfdistributing.com
5860 Endeavor Way
Huntsville, AL 35671

Gulf Distributing Co of Birmingham
nhargove@gulfdistributing.com
3217 Messer Airport Hwy
Birmingham, AL 35222

Gulf Distributing Co of Mobile
nhargove@gulfdistributing.com
3378 Moffett Rd
Mobile, AL 36607

Gulf Supreme of Central Alabama
nhargove@gulfdistributing.com
3217 Messer Airport Hwy
Birmingham, AL 35222

GumGum Sports Inc. DBA Relo Metrics
accounting@gumgum.com
1314 7th Street 4th Floor
Santa Monica, CA 90401

H.O.P.E Volleyball
marcia@hopevolleyball.com
33 Library Lane
Unionville ON L3R 5C4
CANADA

Haddon Press Limited
65 Crockford Blvd
Toronto ON M1R3B7
CANADA

Harbor Distributing, LLC
jbasal@reyesholdings.com
5901 Bolsa Avenue
Huntington Beach, CA 92647

Harris Beach PLLC
clientpayments@harrisbeach.com
333 Earle Ovington Blvd Suite 901
Uniondale, NY  11553

Hayden Beverage Co.
AReynolds@haydenbeverage.com
2910 E. Amity Road
Boise, ID 83716

Hayes Beer of Rockford
mlaloggia@hayesbeer.com
1819 Elmwood Rd
Rockford, IL 61103

Heart of America Beverage
tdavidson@hoabev.com
1700 S Empire Ave
Springfield, MO 65802

Heidelberg Distributing of Dayton
Mary.Menke@HeidelbergDistributing.com
3601 Dryden Road
Dayton, OH 45439

Hero Brands Inc
finance@herobrands.com
71 Sydney Ave.
Deal, NJ 07723

High Country Beverage
rscott@hcbeer.com
4200 Ronald Reagan Blvd.
Johnstown, CO  80534

High Peaks Distributing LLC
bgriffin@mccraithbev.com
1016 State Route 3
Saranac Lake, NY 12983

Hinge Consulting LLC
ar@hingeglobal.com
10290 Alliance Rd
Blue Ash, OH  45242

Hurricanes Hockey LP
pattyh@carolinahurricanes.com
1400 Edwards Mill Road
Raleigh, NC  27607

Husky Oil Marketing Company
vince.kucey@cenovus.com
225 6th Avenue S.W. PO BOX 766
Calgary AB T2P 0M5
CANADA

Hypte Solutions LLC
cheryl.liman@hypte.com
5 Earl Ct. Suite 160
Woodridge, IL 60517

idw _ Innovative DisplayWorks
8825 Boston Place
Rancho Cucamonga, CA 91730

Imbibe Inc
payment@imbibeinc.com
7350 N Croname Rd
Niles, IL 60714

Independent Buyers' Co-Op
courtney@ibcco-op.com
4600 Eden Road
Arlington, TX 76001

Indiana Beverage
tony.koselke@indianabev.com
2850 Barley Road
Valparaiso, IN 46383

Inglasco Inc.
mccebrian@inglasco.com
2745 Rue de la Sherwood
Sherbrooke QC J1K 1E1
CANADA

Inmar
inmar.accountsreceivable@inmar.com
One West Fourth St. Suite 500
Winston-Salem, NC 27101

Innovative Integrated Solutions LLC
dsardo@iispkg.com
1100 Military Road
Kenmore, NY 14217

Innover Inc.
umang.sharma@innoverdigital.com
221 Roswell Street Suite 172
Alpharetta, GA 30009

Instacart
Remittance@instacart.com
PO BOX 103272
Pasadena, CA 91189

Island Distributing, L.L.C.
rbgsupplier@reyesholdings.com
6250 N River Rd Suite 9000
Rosemont, IL 60018

Jas Forwarding (Netherlands) B.V.leyla.ozkan@jas.com
Schaapjerderweg
Ridderkerk Netherlands2988 CK
NETHERLANDS

Jazlyn Enterprises, LLC
3321 Pensa Drive
Falls Church, VA 22041

Jo's Globe Distributing Inc
anthonym@josglobe.com
1151 Greenbag Road
Morgantown, WV 26508

John P O'Sullivan Distributing Inc.
4047 Market Place
Flint, Michigan  48507

Joshua Marshall
jmarshall7893@gmail.com
Contact Foreign Representative's counsel for information

JW Nutritional
madeline@jwnutritional.com
PO BOX 258
Allen, TX 75013

Katie Wagner
katewagnerr@icloud.com
Contact Foreign Representative's counsel for information

Kay Beer Distributing Inc
1881 Commerce Drive  PO BOX 5127
De Pere, WI 54115

KEG 1 Colorado, LLC
1525 N Newport Road
Colorado Springs CO 80916

Keg 1 O'Neal
213 Patriot Drive
Weatherford, TX 76087

Koerner Distributor
info@koernerdistributor.com
1601 Pike Avenue PO Box 67
Effingham, IL 62401

Kristen Distributing Co.
8301 N State Hwy 6
Bryan, TX 77807

La Crosse Beverage, LLCTo:
400 County Road OT PO BOX 323
Onalaska, WI 54650

LabelInk
400 Michener Road Unit 1
Guelph Ontario N1K 1E4
CANADA

Latham & Watkins LLP
CASHRECE@LW.COM
650 Town Center Drive , 20th Floor
Costa Mesa, CA 92626

LBR Importing & Distributing, Inc DBA Angelo Caputo's
Fresh Market
Estefanowicz@Caputomarkets.com
520 East North Avenue
Carol Stream, IL 60188

LDF Sales & Distributing Inc
10610 E. 26th Circle North
Wichita, KS 67226

Lee Beverage of Wisconsin, LLC
2850 South Oakwood Road
Oshkosh, WI 54904

Lee Distributors, LLC
315 Marymeade Dr
Summerville, SC 29483

Link Retail Solutions Inc.
carrieg@linkretailsolutions.com
27 Kappele Ave
Toronto Ontario M4N 2Z2
CANADA

Long Beverage
mscates@longbeverage.com
10500 World Trade Blvd.
Raleigh, NC 27617

Mac's Convenience Stores Inc.
accountsreceivable@macs.ca
4204 Industrial Blvd
Laval Quebec H7L 0E3
CANADA

MacEwen
s.sinden@macewen.ca
18 Adelaide Street PO BOX 100
Maxville Ontario K0C 1T0
CANADA

Magic City Beverage Co
bradk@magiccitybev.com
PO BOX 908
Minot, ND 58702

Manhattan Beer Distributors, LLC
customerservice@manhattanbeer.net
955 E. 149th Street
Bronx, NY 10455

Manifesto Sport Management Inc.
accounting@manifestosport.com
220 10th Street NE
Calgary Alberta T2E 4M1
CANADA

Maritime Air Charter Limited
info@maritimeair.com
645 Pratt & Whitney Drive
Goffs Nova Scotia B2T 0H4
CANADA

McCraith Breverages lncbgriffin@mccraithbev.com
20 Burrstone Road
New York, Mills NY  13417

McQuade Distributing
1150 Industrial Dr PO Box 1196
Bismarck, ND  58502

Meta Platforms Inc.
payment@fb.com
1601 Willow Road
Menlo Park, CA  94025

Metro Beverage of Philadelphia
katiebitting@metrobevphila.com
455 Dunksferry Road
Bensalem, PA  19020

Michelle McGrattan
themichellemethod@gmail.com
Contact Foreign Representative's counsel for information

Minister of Finance SK
SaskTaxInfo@gov.sk.ca
Revenue Division, PO Box 200
Regina SK S4P 2Z6
CANADA

Mitchell Beverage Meridian
gina.farley@mitchellcompanies.com
100 James E Chaney Drive
Meridian, MS  39307

Mitchell Beverage of Maryland, LLC  DBA Chesapeake
Beverage
info@chesapeakebeverage.com
10000 Franklin Square Drive
Nottingham, Maryland  21236

MMSB
remittances@mmsb.nl.ca
PO BOX 8131 Station A
St. John's Newfoundland A1B 3M9
CANADA

Mockler Beverage Company
meghanw@mocklerbeverage.com
11811 Reiger Road
Baton Rouge, LA 70809

Monarch Distributing
IHolland@reyesholdings.com
5901 Bolsa Avenue
Huntington Beach, CA  92647

Morelli's Distributing
Morellis@srt.com
PO BOX 1517
Minot, ND 58702

Mountain Beverage
info@mountainbeverage.com
PO BOX 4308
Gypsum, CO 81637

MS Endeavor, Inc (DBA) The Defiant
business.affairs@thedefiant.com
8285 W Sunset Blvd Suite 8
West Hollywood, CA 90046

Muir Hotel
mbuckley@armourgroup.com
1709 Lower Water Street
Halifax Nova Scotia B3J 1S5
CANADA

National Golf Course Owners Association Canada
(NGCOA)
qxiong@ngcoa.ca
515 Legget Drive Suite 810
Ottawa Ontario K2K 3G4
CANADA

NBF Holdings Canada Inc
dbolitho@nutrablendfoods.com
10 Goddard Crescent
Cambridge Ontario N3E 0A9
CANADA

Nellys Powerskating and Skills Inc
aboveandbeyondhockey1@gmail.com
1798 S. Mark Lane
Round Lake, IL  60073

NetSuite Inc
rvaldez@netsuite.com
100 Milverton Drive
Mississauga Ontario L5R 4H1
CANADA

New Era Cap Co.Inc.
6205A Airport Road, Suite 102
Mississauga Ontario L4V 1E1
CANADA

New Team LLC DBA Team Enterprises
info@teamenterprises.com
1 West Olas Blvd, 4th Floor
Fort Lauderdale Florida  33301

NHL ENTERPRISES, LP
nlinden@nhl.com
395 9th Avenue, 25th Floor
New York, New York 10001

Nice-Trading Oy
markus@nice-trading.fi
Purokatu 9 C
21200 Raisio Finland
FINLAND

Nielsen Consumer LLC
Consumerusbilling@nielseniq.com
PO Box 88956
Chicago IL  60695-8956

Nielsen IQ
nar01@enterprisenet.org
200 West Jackson Boulevard
Chicago, IL 60606

North Kansas City Beverage Co.
tborland@nkcbev.com
203 E. 11th Ave.
Kansas City, MO 64116

NSF International US
payments@nsf.org
P.O. Box 130140
Ann Arbor, MI 48113-0140

Nutrasource Pharmaceutical and Nutraceutical Services
Ssaman@nutrasource.ca
101-120 Research Lane
Gueph ON N1G 0B4
CANADA

NYSCO Products LLC
info@nysco.com
211 Saw Mill River Rd
Hawthorne, NY 10532

O&W
3003 William Ave
Ypsilant,i MI  48198

O'Connor Distributing
rschwartz@oconnordistributing.com
111 Overton St
Hot Springs, AR  71901

O'Fallon Hoots
dschmoll@ofallonhoots.com
900 TR Hughes Blvd
O'Fallon, MO  63366

Origlio Beverage
mgoral@origlio.com
3000 Meeting House Road
Philadelphia, PA  19154

Osprey Beverages LLC
beischen@ospreybev.com
PO box 470
Jackson, WY 83001

P & G Tzelalis O.E
ptzelalis@tzelalis.eu
37 Amarousiou Av
Likovrsi 14123 Greece
GREECE

Palm One Investments LLC
mpriolo@density.ca
12-49 Wingold Ave
Tonronto ON M6B 1P8
CANADA

PARKLAND CORPORATION
1800-240 4 Ave SW
Calgary AB T2P 4H4
CANADA

Pattison Outdoor Advertising LP
CTEAM@PATTISONOUTDOOR.COM
2700 Matheson Blvd. East Suite 500
West Tomer
Mississauga ON L4W 4V9
CANADA

Pepin Distributing
info@pepindist.com,rhiestand@teampepin.com
4121 N 50th Street
Tampa, FL 33610

Phase 1 Prototypes, LLC
mail@p1proto.com
PO Box 140698
Irving, TX  75014

Pine State Beverage
Billbacks@PineStateTrading.com
100 Enterprise Ave
Gardiner, ME  04345

Plative Inc.
kpickett@plative.com
524 Broadway, 11t h Floor
New York, NY 10012

PMX Air Express Inc
pmxair@efsnet.ca
615 A rue Principale
Laval QC H7X 1C7
CANADA

PR Petroleum Ltd
seeham.elfarse@cancopetroleum.ca
3002 East Kelowna Rd
Kelowna BC V1W 4H3
CANADA

Premium Beverage Company
lclark@prembev.net
928 N Railroad Ave
Opelika, AL 36801

Premium Distibutors of VA, LLC
rbgsupplier@reyesholdings.com
15001 Northridge Dr
Chantilly, VA  20151

Premium Distributors of Michigan, L.L.C.
rodeleon@reyesholdings.com
6250 N. River Road Suite 9000
Rosemont, IL  60018

Presence Marketing
kvalentine@pmidpi.com,jcaulkins@pmidpi.com
12 Executive Court
South Barrington, IL  60010

Prince Edward Island
peitreasury@gov.pe.ca
Department of Taxation PO Box 1330
Charlettetown PE C1A 7N1
CANADA

Pro-X Event Inc.
feng@proxevent.ca
7615A Bath Road
Mississauga ON L4T 3T1
CANADA

Proactive Supply Chain Solutions
ar@proactivegroup.ca
300 Gibralter Road
Vaughn ON L4H 4Z8
CANADA

Product Connections
PWARInvoices@crossmark.com
5100 Lagacy Drive
Plano, TX  75024

Quad Packaging
MLange@quad.com
1585 Dewberry Road
Spartanburg, SC  29307

Quality Acquisition Company dba Eagle brands Sales
cvincenty@eaglebrands.com
3201 NW 72nd Avenue
Miami, FL  33122

Quality Brands of Omaha
loretta.lang@qbdist.com
13255 Centech Road
Omaha, NE  68138

Quotient Technology Inc.
cashreceipts@quotient.com
1260 E Stringham Ave. Suite 600
Salt Lake City, UT  84106-2962

RBC Ampli Inc.
billing@ampli.ca
20 Bay Street, 17th Floor
Toronto ON M5 2N8
CANADA

Roadrunners Courier
danielle@zaptor.com
400 Creditstone Rd. #2
Concord ON L4K 3Z3
CANADA

Rogers Media Inc
eric.boughton@rci.rogers.com
1 Mount Pleasant Rd. 5th Floor
Toronto ON M4Y 2Y5
CANADA

RRFB Nova Scotiainfo@divertns.ca
25 Commercial Street, Suite 400
Truro NS B2N 3H9
CANADA

Ryan Scarfoneryanjscarfone@gmail.com
3 Potland ST
Thoroid ON L2V 1R9
CANADA

S.R. Perrott, Inc
amelia@srperroott.com
PO Box 836
Ormoond Beach, FL  32175

Safeguard
shaunr@gosafeguard.com
76 Brookshire Circle
Thornhill ON L3T 7B2
CANADA

Sales Line LTD
charles.foden@email.com
4 Reading Road
Pangbourne Berkshire RG87LYUK
UK

Savannah Distributing Co.
billbacks@savdist.com
2425 West Gwinnett Street
Savannah, GA 31415

Save Mart Supermarkets
1800 Standiford Ave
Modesto, CA 95350

Schott Distributing co, Inc.
jill@schott-sch.com
6735 Hwy 14 East
Rochester, MN 55904

SCI Logistics
beulah.vijayakumar@sci.ca
180 Attwell Drive
Toronto ON M9W 6A9
CANADA

Scott Coulton
scott_coulton@hotmail.com
Contact Foreign Representative's counsel for information

Seaview Beverage
bmooneyseaview@gmail.com
195 Lehigh Ave Ste 10
Lakewood, NJ  08701

Shell Canada Products
retailenquiies_ca@SHELL.com
PO Box 100, Station M
Calgary AB T2P 2H5
CANADA

| Silver Eagle Beverages | Silver Eagle Distributors Houston, LLC | SK Team LLC |
|---|---|---|
| jose.vallejo@sedbud.com | elizabethmelgar@silvereagle.com | msnoeberger@vegasgoldenknights.com |
| 4609 West US Highway 90 | P.O. Box 841521 | 1550 S Pavilion Center Dr |
| San Antonio, TX  78237 | Dallas, TX  75284-1521 | Las Vegas, NV  89135 |

| Skip Shapiro Enterprises, LLC | Skyland Distributing Company | Sodexo Canada Ltd. |
|---|---|---|
| AR@ShapiroE.com | cmarvin@sdcwnc.com | CAProcurementFinance@sodexo.com |
| 318 Hawthorn Street | 1 Overland Industrial Blvd | Lock Box T57775C Sodexo Canada- |
| New Bedford, MA  2740 | Asheville, NC  28806 | P.O.Box 57775, STN A |
| | | Toronto ON M5W 5M5 |
| | | CANADA |

| Southern Arizona Distributing | Southern Beverage Co. | Southern Crown Partners |
|---|---|---|
| danielle.chavez@lindendist.net | tammy.blaine@southernbeverage.com | accountspayable@scpdist.com |
| PO Box 632 | 1939 Davis Johnson Dr. | 908 Jackson Street |
| Safford, AZ  85548 | Richland, MS  39218 | Myrtle Beach, SC  29577 |

| Southern Eagle Distributing | Southern Glazers Wine and Spirits LLC | Specialized |
|---|---|---|
| ar@southerneagledist.com | nvsupplierbilling@sgws.com | Martha.Valdez@specialized.com |
| 5300 Glades Cut Off Rd | PO BOX 279370 | 15130 Concord Circle |
| Fort Pierce, FL  34981 | Miramar, FL  33027-9370 | Morgan Hill, CA  95037 |

| Speed Global Services | Spins LLC | Sportified LLC. |
|---|---|---|
| ar@speedgs.com | accounts_receivable@spins.com | 2384 South 220th Avenue |
| 2299 Kenmore Ave | 222 West Hubbard St. #300 | Elkhorn, NE  68022 |
| Buffalo, NY  14207 | Chicago, IL  60654 | |

| Spotlight Ticket Management, Inc | SPS Commerce | Standard Beverage |
|---|---|---|
| accounting@Ticketmanager.com | billing@spscommerce.com | SBC |
| 26635 West AgouraRd.(Bldg.E) | PO Box 205782 | Accounting@stdbev.com |
| Suite 200 | Dallas, TX  75320-5782 | 2526 E. 36th Circle North - A |
| Calabasas, CA  91302 | | Wichita, KS  67219 |

| Standard Sales Company | Star Distributors Inc. | Stephens Distributing Company |
|---|---|---|
| pmorales@standardsales.com | sgervasio@stardistributors.com | susan@stephensdist.com |
| 4800 E. 42nd St, Suite 400 | 460 Frontage Road | 5650 Anglers Ave |
| Odessa, TX  79762 | West Haven CT  06516 | Fort Lauderdale FL  33312 |

| StevensE3 | Summit Distributing | SummitHill Sales and Marketing, Inc |
|---|---|---|
| adrianh@stevense3.com | ACrowley@summit-distributing.com | COLEM@SUMMITHILLSALES.COM |
| 2101 Oxford Street East | 3201 Rider Trail South | 1501 E. Orangethorpe Ave., Suite #240 |
| London ON TN5V2Z7 | Earth City, MO  63045 | Fullerton, CA  92831 |
| CANADA | | |

| Suncoast Beverage | Superior Beverage Group, Ltd. | Supply One |
|---|---|---|
| Salesaccountspayable@suncoastbev.com | 31031 Diamond Parkway | hchico@supplyone.com |
| 2996 Hanson Street | Glenwillow, OH  44139 | 90 Packaging Drive |
| Fort Myers, FL  33916 | | Weyers Cave, VA  24486 |

| SupplyOne - Weyers Cave Inc | Tampa Bay Arena LLC | TCS Total Customs Service |
|---|---|---|
| hpauley@supplyone.com | AccountsReceivable@viniksportsgroup.com | tanya@totalcustoms.ca |
| 90 Packaging Drive | 401 Channelside Dr | 2555 Dollard Avenue, Suite 206 |
| Weyers Cave, VA  24486 | Tampa, FL  33602 | Lasalle QC H8N 3A9 |
| | | CANADA |

Tetra Pak Canada Inc
Pascaline.Ngassa@tetrapak.com
15 Allstate Park, 6th Floor
Markham ON TL3R 5B4
CANADA

Tetra Pak Inc.
Pascaline.Ngassa@tetrapak.com
3300 Airport Road
Denton, TX  76207

TFP (The Fourth Period) Media Inc.
pagnotta@tfpmedia.com
25 Swenson St.
Alliston  ONTL9R 0J6
CANADA

The Beverage Market LLC
dconrad@tbm304.com
60 Pilsner Place
Charleston, WV  25312

The Data Council LLC
TDC.Accounting@advantagesolutions.net
18100 Von Karman Avenue Suite 1000
Irvine, CA  92612

The Government of Yukon
YGrecycles@yukon.ca
Box 2703
Whitehorse YT Y1A 2C6
CANADA

The Hibbert Company
JDezelich@hibbertgroup.com
400 Pennington Ave, P.O. Box 8116
Trenton, NJ  08650-0116

The Juice Press LLC
accounting@juicepress.com
1 W 22nd Street
New York, NY  10011

The Legends Brand Inc.
sales@rthelegendsbrand.com
5500 W. Rosecrans Ave
Hawthorne, CA  90250

Toe Drag Hockey School
dynee99@gmail.com
289 Maria St
Toronto ON M6P 1W6
CANADA

Tops Markets LLC
AR@Topsmarkets.com
PO Box 1027
Buffalo, NY  14240-1027

Total Customs Services USD
tanya@totalcustoms.ca
2555 Dollard Avenue, Suite 206
Lasalle QC H8N 3A9
CANADA

Transcontinental Printing 2005 G.P
sukhjit.m@artisancomplete.com
1500, Boul. Jules Poitras
Saint Laurent QC H4N 1X7
CANADA

Tri-City Distributors, L.P.
sdewaters@tricitybud.com
523 F.M. 306
New Braunfels, TX  78130

Triangle Wholesalers Inc.
deanna@tribev.com
700 Jamesson Rd, Suite A
Midland, GA  31820

TSN
AR@bellmedia.ca
9 Channel Nine Court
Toronto ON M1S 4B5
CANADA

University of Ottawa
mbarnett@uottawa.ca
Sports Services, 85 University Priv.
Room 333
Ottawa ON K1N 6N5
CANADA

VT Info. Processing Inc
AR@VTINFO.COM
402 Watertower Circle
Colchester, VT  05446

Walters-Dimmick Petroleum Inc
rthurston@waltersdimmick.com
1620 S Kalamazoo Ave
Marshall, MI  49068

Wasserman
kcarto@teamwass.com
10900 Wilshire Blvd #1200
Los Angeles, CA  90024

Waste Connections of Canada
650 Creditstone Road
Concord ON L4K 5C8
CANADA

Western Beverage, LLC dba Double Eagle Distributing
scarlock@doubleeagledist.com
50 Lock Road
Deerfield Beach, FL  33442

WhiteWater Web
jody@whitewatersolutions.com
4609 Sugar Maple Drive
Ottawa ON K1V1Y5
CANADA

Wiggins Enterprise, Inc.
rclarke@awigginsenterprise.com
7701 Golden Valley PO Box 270030
Golden Valley, MN  55427

Wilsbach Distributors
mcalla@wilsbach.com
1977 Oberlin Road
Harrisburg, PA  17111

Wincraft, Incorporated
accountsreceivable@wincraft.com
PO BOX 708
Winona, MN  55987

Winn-Dixie Stores Inc
PO BOX 850001
Orlando, FL  32885-0230

WISE Toronto
tor_treasurer@wiseworks.org
50 Bay Street, 11th Floor
Toronto ON M5J 2X8
CANADA

Wright Beverage Distributing
3165 Brighton-Henrietta Townline Rd.
Rochester, NY  14623-2795

Wright Hand Packaging Inc.
RobertW@ccpsinc.ca
2679 Bristol Circle Unit 7
Oakville ON L6H 6Z8
CANADA

XPO Logistics
invoiceinquiry@rxo.com
11215 North Community House Road
Charlotte, NC  28277

XPO Logistics Managed Transportation
nick.bibler@xpo.com
29983 Network Place
Chicago, IL  60673-1299

Premium Distributors of Washington, DC, L.L.C.
reyesholdings.cls.inbox@highradius.com
PO BOX 742861
Atlanta, GA  30374-2861

Pulp & Fiber Inc. o/a Community
accounting@pulpandfiber.com
400-822 Richmond Street West
Toronto ON M6J 1C9
CANADA

Milberg Coleman Bryson Phillips Grossman, PLLC
Erin Ruben, Esq.
900 W. Morgan Street
Raleigh, NC 27603
eruben@milberg.com

Nick Suciu III, Esq.
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
nsuciu@milberg.com

Gary Klinger, Esq.
221 West Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

J. Hunter Bryson, Esq.
405 E 50th Street
New York, NY 10022
hbryson@milberg.com

The Sultzer Law Group P.C.
Jason P. Sultzer, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
sultzerj@thesultzerlawgroup.com

The Sultzer Law Group P.C.
Philip J. Furia, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
furiap@thesultzerlawgroup.com

The Sultzer Law Group P.C.
Daniel Markowitz, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
markowitzd@thesultzerlawgroup.com

SCI Logistics
6590 Millcreek Dr
Mississauga, ON L5N 8B3
CANADA

Coldhaus Direct
60 Hereford St
Brampton, ON L6Y 0N3
CANADA

Edgecombe
2250 Midland Ave, Unit #9
Scarborough ON M1P 4R1
CANADA

Proactive Solutions
300 Gibraltar Rd
Vaughan ON L4H 4Z8
CANADA

Allen Distribution
One South Shearer Drive, Building #26,
Carlisle, PA 17013

Allen Distribution
4801 Westport Parkway, Building #63
Fort Worth, TX 76177

Allen Building 1
670 Allen Road
Carlisle, PA 17015

DM Fulfillment
1495 Dennison Circle, Suite 200
Carlisle, PA 17015

DM Fulfillment
3285 South Willow Ave, Suite 103
Fresno, CA 93725

DM Fulfillment
1001 Premier Parkway, Docks 7-15
St. Peters, MO 63376

The Hibbert Group
19521 E. 32nd Pkwy
Aurora, CO 80011

Flow Beverages Inc.,
33 Lakeview Court,
Verona, Virginia 24482

InterChange SOL
443 South Oak Lane
Lyndhurst, VA  22952

BioSteel Sports Nutrition Inc.
Cassels Brock & Blackwell LLP
Attn: Ryan Jacobs
rjacobs@cassels.com
40 Temperance St., Suite 3200
Toronto ON M5H 0B4
Canada

BioSteel Sports Nutrition Inc.
KSV Restructuring Inc.
Noah Goldstein
ngoldstein@ksvadvisory.com
220 Bay Street, 13th Floor, PO Box 20
Toronto ON M5J 2W4
CANADA

RXO Managed Transport, LLC
5 American Lane
Greenwich, CT 06831

Brooklyn Events Center, LLC , Brooklyn Nets, LLC and New
York Liberty, LLC
IceMiller LLP
Attn: Justin Klein
Justin.Klein@icemiller.com
1500 Broadway, Suite 2900
New York, NY  10036

RXO Managed Transport, LLC
Legal Department
Nick Bibler
Nick.Bibler@rxo.com
11215 North Community House Road
Charlotte, NC  28277

Distribution Management, Inc. d/b/a
DM Fulfillment
McCarthy, Leonard, & Kaemmerer, L.C.
825 Maryville Centre Drive, Suite 300
Town and Country, MO 63017

Hector Duran and Alicia Barcomb
U.S. Dept. of Justice
Office of the U.S. Trustee
515 Rusk, Suite 3516
Houston, TX  77002
hector.duran.jr@usdoj.gov
alicia.barcomb@usdoj.gov

U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002
usatxs.atty@usdoj.gov

Laura Bedson (individually and on behalf of others
similarly situated)
Milberg Coleman Bryson Phillips Grossman, PLLC
Attn: Erin Ruben - eruben@milberg.com
900 W. Morgan Street
Raleigh NC  27603

Allen Distribution
1532 Commerce Avenue
Carlisle, PA 17015

Brandon Faye
Attn: Charles C. Weller
11412 Corley Court
San Diego, CA 92126

Miami Heat Limited Partnership and Basketball
Properties, Ltd
ArentFox Schiff LLP
Attn: James H. Hulme
james.hulme@afslaw.com
1717 K Street, NW
Washington, DC  20006

Cassels Brock & Blackwell LLP
Attn: Ryan Jacobs
rjacobs@cassels.com
40 Temperance Street, Suite 3200
Toronto     ON M5H 0B4
CANADA

Flow Beverages Inc.,
Attn: Legaline Corporate Services, Inc.,
c/o Matthew Hoar,
2035 Sunset Lake Road, Ste B-2,
Newark, DE 19702

Flow Beverages Inc.,
155 Industrial Pkwy S., Units 7-10,
Aurora, ON L4G 3V5

Flow Beverages Inc.,
64 Triangle Drive,
Weyers Cave, Virginia 24486

DLA Piper (Canada) LLP
Edmond Lamek
edmond.lamek@dlapiper.com
Suite 6000, 1 First Canadian Place
PO Box 367, 100 King St W
Toronto ON M5X 1E2

Robert L. Thomas, III
Hansen Partners, LLC
P.O. Box 998
Fishersville, VA 22939
thomas@virginiarealtygroupllc.com

Robert L. Thomas, III
956 Rockfish Road
Waynesboro, VA 22980
thomas@virginiarealtygroupllc.com

USA Hockey, Inc.
Attention:  Executive Director and Director of Corporate
Marketing and General Counsel
1775 Bob Johnson Drive
Colorado Springs, CO 80906

WEBB Banks Caribbean Ventures, LLC d/b/a WB Canna
Co.
Alexandrakis Law PLLC
c/o A. Planton Alexandrakis
55 Merrick Way, Suite 202A
Coral Gables, FL 33134