Electronic Appearance Sheet

Nancy Ribaudo, Kelly Hart & Hallman LLP
Client(s): Tetra Pak Inc. and Tetra Pak Canada Inc.