**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| BIOSTEEL SPORTS NUTRITION INC., *et al.*,[1] | ) | Case No. 23-90777 (CML) |
| | ) | |
| Debtors in a Foreign Proceeding. | ) | (Jointly Administered) |
| | ) | |

## MASTER SERVICE LIST
### (as of April 9, 2024)

---

[1]     The Foreign Debtors in these chapter 15 cases, along with the last four digits of each Foreign Debtor's federal tax identification number or other identifier, are as follows: BioSteel Sports Nutrition Inc. (0866), BioSteel Manufacturing LLC (1553) and BioSteel Sports Nutrition USA LLC (2242).  The Foreign Representative's address is: 87 Wingold Avenue, Unit 1, Toronto, ON M6B 1P8 Canada.

| Name | Address | Email |
|------|---------|-------|
| 1 UP Creative LLC | 2505 Anthem Village Dr, Unit E633<br>Henderson, NV 89052 | jd@1upsportsmarketing.com |
| 1000298920 Ontario Inc. O/A NV Reporting & Process Automation | 386 Grovehill Rd<br>Oakville, ON L6H 6P3<br>Canada | |
| 15 and the Mahomies Foundation | 8930 West Sunset Blvd. Suite #240<br>Las Vegas, NV 89148 | phil@15andthemahomies.org |
| 3M Company | PO Box 842689<br>Dallas, TX 75284-2689 | |
| 7 Eleven | 2400-13450 102 Ave<br>Surrey, BC V3T 5Y1<br>Canada | GM-MerchAcct-Allowance@7-11.com |
| 7G Distributing, LLC | 9925 6th Street SW<br>Cedar Rapids, IA 52404 | |
| A.L. George LLC | 7655 Edgecomb Dr<br>Liverpool, NY 13088 | cpirozzi@algeorgeco.com |
| abcrc | 901 57th Avenue N.E.<br>Calgary, AB T2E 8X9<br>Canada | rgomez@abcrc.com |
| Acceleration Partners, LLC | PO Box 83071<br>Woburn, MA 01813-3071 | accounting@accelerationpartners.com |
| Adam Jakopin | Contact Foreign Representative's counsel for information | adamjakopin94@gmail.com |
| Adams Beverages - Lumberton | 797 Caton Rd<br>Lumberton, NC 28360 | Amy.Mullen@adamsbeverages.net |
| Adams Beverages of NC | 7505 Statesville Road<br>Charlotte, NC 28269 | Amy.Mullen@adamsbeverages.net |
| Admiral Beverage | PO Box 726<br>Worland, WY 82401 | |
| Advantage Sales and Marketing, Inc. DBA Promo Point Marketing | PO Box 744347<br>Atlanta, GA 30374 | ASMstatements@advantagesolutions.net |

| | | |
|---|---|---|
| Advertising X Design | 34 Stoney Point Dr<br>Kingston, MA 02364 | green_christofer@yahoo.com |
| Ajax Distributing Company | 330 Warfield Blvd<br>Clarksville, TN 37043 | |
| Albertsons Companies | Norcal Division, PO Box 742918<br>Los Angeles, CA 90074 | Karen.Rodriguez@albertsons.com |
| ALLEGHENY BEVERAGE CO | 7265 Klier Dr.<br>Fairview, PA 16415 | mchipoletti@alleghenybeverage.com |
| Allen Building 1 | 670 Allen Road<br>Carlisle, PA 17015 | |
| Allen Distribution | PO Box 62<br>Plainfield, PA 17081 | Tskelton@allendistribution.com |
| Allen Distribution | 1 S Shearer Dr, Building 26<br>Carlisle, PA 17013 | Astreeter@allendistribution.com |
| Allen Distribution Building 63 | 4801 Westport Parkway<br>Fort Worth, TX 76177 | |
| Allen Distribution | 1532 Commerce Avenue<br>Carlisle, PA 17015 | |
| Allie Bendus | Contact Foreign Representative's counsel for information | allie@motoathletic.com |
| Allstate Beverage | 130 Sixth Street<br>Montgomery, AL 36104 | nhargrove@gulfdistributing.com |
| Alpha Trading Solutions GmbH | Am Kletthamer Feld 10<br>85435 Erding, Germany | K.Lindauer@alpha.de |
| Amoskeag Beverages | PO Box 1148<br>Concord, NH 03302 | |
| Andrew Nichols | | andrew.l.nichols@outlook.com |
| Apple Valley Scale Company | PO Box 3434<br>Winchester, VA 22604 | |
| Aramark Canada Ltd. | 200 - 5150 Spectrum Way<br>Mississauga, ON L4W 5G1<br>Canada | eft-aramarkscm@aramark.ca |

| | | |
|---|---|---|
| Arrowhead Environmental Services | PO Box 217<br>Windsor, VA 23487 | |
| Assemblies Unlimited Inc | 141 Covington Dr<br>Bloomingdale, IL 60108 | sales@assemblies.com |
| Augusta County Service Authority | PO Box 859<br>Verona, VA 24482 | |
| Augusta County Treasurer's Office | PO Box 590<br>Verona VA 24482-0590 | |
| B&K DISTRIBUTING | 1140 13th St<br>Steamboat Springs, CO 80487 | AR@BKDISTRIBUTING.COM |
| Baker Distributing Company | PO Box 50<br>North Clarendon, VT 05759 | |
| Bashas Inc. | PO Box 488<br>Chandler, AZ 85244 US | |
| Baumgarten Distributing Co. Inc | 1618 W Detweiller Dr<br>Peoria, IL 61615 | tmartin@drinkbdcibeer.com |
| Beaudry & Cadrin Inc. | 12 225, Boul. Metropolitain Est.,<br>Pointe-Aux-Trembles, QC H1B 5R3<br>Canada | martinepicard@groupebeaudry.com |
| Bedrock Analytics Corporation | 350 Frank H Ogawa Plz, Suite 500<br>Oakland, CA 94612 | accounting@bedrockanalytics.com |
| Beer Capitol Distributing | W222 N5700 Miller Way<br>Sussex, WI 53089 | Jasmine.Zabrowski@beercapitol.com |
| Belkind & CO Law | Hagag Towers, Floor 19<br>Southern Tower<br>28 Haarbaa St<br>Tel Aviv, 6473925<br>Israel | eli@belkind-law.com |
| Bell Mobility | PO Box 5102<br>Burlington, ON L7R 4R7<br>Canada | |

| | | |
|---|---|---|
| Ben Deshaies Inc | 431 6e Rue O<br>Amos, QC J9T 2V5<br>Canada | administration@bendeshaies.com |
| Ben E. Keith Beverages | 1805 Record Crossing Rd<br>Dallas, TX 75235 US | |
| Bernick's Pepsi-Cola of Duluth, Inc | 801 Sundial Dr<br>Waite Park, MN 56387 | wcampbell@bernicks.com |
| Bernie Little Distributors Inc | PO Box 1128<br>Eaton Park, FL 33840 | |
| Beverage Marketing Corp of New York | PO Box 2399<br>Wintersville, OH 43953 | bmcoh@beveragemarketing.com |
| Beverage South Aiken/Columbia | 265 Metropolitan Drive<br>West Columbia, SC 29170 | sherry@jackbev.com |
| Beverage South Macon | PO Box 226<br>Macon, GA 31202 | tanya@tribev.com |
| Beverage South of Aiken LLC dba Beverage South – Columbia | | tanya@tribev.com |
| Beverage Wholesalers Inc. | PO BOX 1864<br>Fargo, ND 58107 | lsenf@beveragewholesalers.com |
| BioSteel Sports Nutrition Inc. | Cassels Brock & Blackwell LLP<br>Attn: Ryan Jacobs<br>40 Temperance St., Suite 3200<br>Toronto, ON M5H 0B4<br>Canada | rjacobs@cassels.com |
| BioSteel Sports Nutrition Inc. | KSV Restructuring Inc.<br>Noah Goldstein<br>220 Bay Street, 13th Floor, PO Box 20<br>Toronto, ON M5J 2W4<br>Canada | ngoldstein@ksvadvisory.com |
| BLAKES, CASSELS & GRAYDON LLP | | linc.rogers@blakes.com<br>chris.burr@blakes.com<br>caitlin.mcintyre@blakes.com |

| | | |
|---|---|---|
| BlendTek Ingredients | 10 Goddard Crescent<br>Cambridge, ON N3E 0A9<br>Canada | kmcmillan@blendtek.com |
| Blue Paint Training | 419 W Otterman St<br>Greensburg, PA 15601 | bluepainttraining@gmail.com |
| Blue Ridge Beverage | PO Box 700<br>Salem, VA 24153 | trish.ashley@blueridgebeverage.com |
| Boomi | 1400 Liberty Ridge Dr, Suite 200<br>Chesterbrook, PA 19087 | BoomiAR@boomi.com |
| Borg ITS | 1-87 Wingold Ave<br>Toronto, ON M6B 1P8<br>Canada | accounting@borgits.com |
| Brad White | | Brad@bluedeercapital.com |
| Brandon Faye | Contact Foreign Representative's counsel for information | |
| Breakthru Beverage Minnesota | PO Box 1417<br>Minneapolis, MN 55482-1417 | dscuito@breakthrubev.com |
| BRENNTAG MID-SOUTH, INC | 3796 Reliable Parkway<br>Chicago, IL 60686 | |
| Briars USA Inc | PO Box 7092<br>North Brunswick, NJ 08902 | jvalenti@hgbev.com |
| Brooklyn Events Center, LLC , Brooklyn Nets, LLC and New York Liberty, LLC | IceMiller LLP<br>1500 Broadway, 29th Floor<br>New York, NY 10036 | |
| Brooklyn Events Centre, LLC | 168 39th Street 7th Floor<br>Brooklyn, NY 11232 | ssenatus@bseglobal.net |
| Brookshire Brothers | PO Box 2058<br>Lufkin, TX 75902-2058 US | |
| Budweiser Distributing Company | 100 S Philadelphia<br>Amarillo, TX 79104 | garywilcox@amabud.com |
| Bullseye Marketing | 13011 Mast Road, RR4<br>Port Perry, ON L9L 1B5<br>Canada | |

| | | |
|---|---|---|
| C&B Material Handling, LLC | PO Box 587<br>Verona, VA 24482 | |
| C. Weller | | LEGAL@CWELLER.COM |
| CAA Sports, LLC | 2000 Avenue of the Stars<br>Los Angeles, CA 90067 | CAASportsAR@caa.com |
| California Department of Tax and Fee Administration | PO Box 942879<br>Sacramento, CA 94279-8062 | |
| Canada Post | PO Box 90022<br>2701 Riverside Dr<br>Ottawa, ON K1V 1J8<br>Canada | CMG@canadapost.ca |
| Canada Revenue Agency | Sudbury Tax Centre<br>Post Office Box 20000, Station A<br>Sudbury, ON P3A 5C1<br>Canada | |
| Canadian Analytical Laboratories Inc | 6733 Kitimat Road<br>Mississauga, ON L5N 1W3<br>Canada | credit1@reena-enterprises.com |
| Canadian Tire | PO BOX 770 Station K.<br>Toronto, ON M4P 2V8<br>Canada | |
| Canopy Growth Corp | 1 Hershey Drive<br>Smiths Falls, ON K7A 0A8 | Christelle.gedeon@canopygrowth.com |
| Canopy Growth USA LLC | 1209 Orange Street<br>Wilmington, DE 19801 | |
| Can-Pest Inc. | 1068 Telecom Rd.<br>Pontypool, CA L0A 1K0<br>Canada | mack.canpest@gmail.com |
| Canyon Distributing Co. | PO BOX 10198<br>Fayetteville, AR 72703 | ncarrillo@canyondistributing.com |
| Cape D'Or Holdings Limited | 3617 Barrington St<br>Halifax, NS B3K 2Y3<br>Canada | jclavel@wilsongasstops.ca |

| | | |
|---|---|---|
| Capital Distributing | 421 North Portland Avenue<br>Oklahoma City, OK 73107 | callen@capitaldist.com |
| Carey Distributors, Inc. | PO Box B<br>Fruitla, MD 21826 US | |
| Carolina Beer Company Inc. | PO Box 938<br>Anderson, SC 29622 | timbater@carolina-beer.com |
| Cascades | 1061 Rue Parent<br>Saint-Bruno, QC J3V 6R7<br>Canada | dave_cawthorne@cascades.com |
| Casey Powell Lacrosse | 800 S. Osprey Avenue<br>Sarasota, FL 34236 | coachcpowell@gmail.com |
| Cassels Brock & Blackwell LLP | Attn: Ryan Jacobs<br>40 Temperance Street, Suite 3200<br>Toronto, ON M5H 0B4<br>Canada | rjacobs@cassels.com |
| Cedar Packaging Limited | 3800 Rogers Avenue, Suite 5<br>Fort Smith, AK 72903 | accounts@cedarpackaging.com |
| Centex Petroleum | #203, 1717 10th Street N.W.<br>Calgary, AB T2M 4S2<br>Canada | ar@centexpetroleum.com |
| Champagne Beverage Company, Inc | One Bud Place<br>Madisonville, LA 70447 | |
| Champion Brands | 5571 Florida Mining Blvd S<br>Jacksonville, FL 32257 | Deneselee@championbrands.net |
| Chas. Seligman Distributing Co | 10885 Clydesdale Ct.<br>Walton, KY 41094 | JasonLux@CHASSELIGMAN.COM |
| CHEP Canada | C/O TH1203 - PO Box 4290, STN A<br>Toronto, ON M5W 0E1<br>Canada | chepbillingus@chep.com |
| Cheyenne Beverage Inc. dba Bison Beverage | 2208 E Allison Rd.<br>Cheyenne, WY 82007 | ahunt@bisonbev.com |
| Chicago Beverage Systems, L.L.C. | 441 N Kilbourn Ave,<br>Chicago, IL 60624 | RBGComms@Reyesholdings.com |

| | | |
|---|---|---|
| Cintas Corporation | PO Box 630803<br>Cincinnati, OH 45263-0803 | |
| CJW Inc. | 2437 Chicory Road<br>Racine, WI 53403 | nstella@cjwbeer.com |
| Coach Atlantic Transportation Group Inc. | 703 Malenfant Blvd.<br>Dieppe, NB E1A 5T8<br>Canada | receivables@coachatlantic.ca |
| Coastal Beverage | 461 North Corporate Dr<br>Wilmington, NC 28401 | rfuller@coastal-bev.com |
| Coborn's Inc. | 1921 Coborn Blvd. PO Box 1502<br>St. Cloud, MN 56302 | judy.warner@cobornsinc.com |
| Cold Haus | 60 Hereford St<br>Brampton, ON L6Y 0N3<br>Canada | ar@coldhausdirect.ca |
| Columbia Distributing LLC | 27200 SW Parkway Ave<br>Wilsonville, OR 97070 | |
| Comer Distributing Co. | PO Box 10821, 110 Carmel Rd,<br>Rock Hill, SC 29731-0821 | |
| Common Ground TN Inc | Gunnar Peterson<br>16133 Ventura Blvd Suite 545<br>Encino CA 91436 | thuynh@fsmgmt.com |
| Condit | 5151 Bannock St.<br>Denver, CO 80216 | sthompson@condit.com |
| Cone Distributing | 1551 NW 44th Ave<br>Ocala, FL 34482 | |
| Connor McDavid | | mcdavid0885@rogers.com |
| Convergint Technologies Ltd | 6025 11ST SE Unit 240<br>Calgary, AB T2H 2Z2 | |
| Coors Distributing Co | 5400 N. Pecos Street<br>Denver, CO 80221 | |
| Cosentino Food Stores | 13180 Metcalf Avenue<br>Overland Park, KS 66213 | |

| | | |
|---|---|---|
| Couche-Tard | 4204 Boulevard Industriel<br>Laval, QC H7L 0E3<br>Canada | nadine.pierre-jerome@couche-tard.com |
| County Beverage Co | 301 SE Bailey Road<br>Lees Summit, MO 64081 | marywhite@countybev.com |
| Crescent Crown Distributing | 1640 W. Broadway Rd<br>Mesa, AZ 85202-1117 | Robert.caldwell@crescentcrown.com |
| Crest Beverage, LLC | 1348 47th St<br>San Diego, CA 92102 | |
| Cummins-Wagner Holdings Inc. | PO Box 715976<br>Philadelphia, PA 19171-5976 | |
| CyberSource Corporation | PO BOX 742842<br>Los Angeles, CA 90074 | |
| D&D Beverage, LLC (Brainerd Location) | 923 Wright Street<br>Brainerd, MN 56401 | AndriaR@dahlh.com |
| D&D Beverage, LLC (Virginia Location) | 8409 Enterprise Dr.<br>Mountain Iron, MN 55792 | lisaskoglund@dahlh.com |
| Dahlheimer Beverage | | vendors@dahlh.com |
| Dakin News Systems Inc. | 701-130 Queens Quay E<br>Toronto, ON M5A 0P6<br>Canada | michelelown@internationalnews.ca |
| Dakota Beverage | 4532 N. Cliff Ave.<br>Sioux Falls, SD 57104 | jackie@dakotabeverage.com |
| Daniel Bordessa | | daniel.bordessa@73square.com |
| Daymon Worldwide Canada Inc | 2 Gurdwara Rd Suite 604<br>Ottawa, ON K2E 1A2<br>Canada | arremittanceinfo@daymon.com |
| DeCrescente Distributing | 211 North Main Street<br>Mechanicville, NY 12118 | AP@ddcbev.com |
| DET Distributing Company | 301 Great Circle Rd<br>Nashville, TN 37228 | |

| | | |
|---|---|---|
| Deutsche Sporthochschule Koln | Am Sportpark Muengersdorf 6<br>Cologne 50933<br>Germany | |
| Devil's Glen Country Club | 1793 County Road 124<br>Duntroon, ON  L0M 1H0<br>Canada | zach@devilsglen.com |
| Discount Drug Mart, Inc. | P.O. Box 901390<br>Cleveland, OH 44190 | julieoley@discount-drugmart.com |
| Distribution Management, Inc. d/b/a DM Fulfillment | McCarthy, Leonard, & Kaemmerer, L.C.<br>825 Maryville Centre Drive, Suite 300<br>Chesterfield, MO 63017 | |
| DLA Piper (Canada) LLP | Edmond Lamek<br>Suite 6000, 1 First Canadian Place<br>PO Box 367, 100 King St W<br>Toronto ON M5X 1E2 | edmond.lamek@dlapiper.com |
| DLL -De Lage Landen Financial Services Canada Inc | T4557 PO Box 4557 STN A<br>Toronto, ON M5W 0K1<br>Canada | dtermorshuizen@leasedirect.com |
| DLVRD Logistics | 9500 Rue Meilleur Suite 555<br>Montreal, QC L4K 4H2<br>Canada | barbara@dlvrd.com |
| DM Fulfillment | 1495 Dennison Circle, Suite 200<br>Carlisle, PA 17015 | |
| DM Fulfillment | 3285 South Willow Ave, Suite 103<br>Fresno, CA 93725 | |
| DM Fulfillment | 1001 Premier Parkway, Docks 7-15<br>St. Peters, MO 63376 | |
| DM Fulfillment Inc | 5 Research Park Dr<br>St. Charles, MO 63195 | |
| Doll Distributing, LLC | 1901 De Wolf Street<br>Des Moines, IA 50316 | jcruikshank@dolldistributing.com |
| Dominion Energy | PO Box 26666<br>Richmond, VA 23261-6666 | |

| | | |
|---|---|---|
| Domino Amjet Inc. | 3809 Collection Center Dr.<br>Chicago, IL 60693 | |
| Dovetail Media Group Ltd. | PH3 - 2 Old Mill Drive<br>Toronto, ON M6S 0A2<br>Canada | carol@dovetailmediagroup.com |
| Eastown Distributors | 14400 Oakland Ave.<br>Highland Park, MI 48203 | allenl@eastown.com |
| EB Transaction Corp. | 1209 Orange Street<br>Wilmington, DE 19801 | |
| Ecolab Inc. | PO Box 32027<br>New York, NY 10087 | |
| Ecolab Pest Elimination Division | 26252 Network Place<br>Chicago, IL 60673-1262 | |
| Edgecombe | 2250 Midland Ave, Unit #9<br>Scarborough, ON M1P 4R1<br>Canada | |
| Edgecombe Marketing & Promotions Inc. | PO Box 3147, 1699 King St. Unit #101<br>Windsor, NS B0N 2T0<br>Canada | accounting@edgecombes.com |
| Edmonton Area Super Novice Hockey Club | | tmcgrandle@dfi.ca |
| Electrical Equipment Company | PO Box 37339<br>Raleigh, VA 27627 | |
| Ellwein Bros Inc | PO Box 136<br>Huron, SD 57350 | normae@ellweinbrothers.com |
| Enbridgeenbridgegas.com | PO Box 644<br>Scarbourgh, ON M1K 5H1<br>Canada | |
| Encore Market Engagement | 2295 Bristol Circle Suite 200<br>Oakville, ON L6H 6P8<br>Canada | gary.nagasuye@encoreengage.com |
| Encorp Atlantic Inc | P.O. Box 65<br>Moncton, NB E1C 8R9<br>Canada | info@encorpatl.ca |

| | | |
|---|---|---|
| Encorp Pacific (Canada) | 100 – 4259 Canada Way<br>Burnaby, BC V5G 4Y2<br>Canada | bcorrigan@returnit.ca |
| Enterprise Rent A Car Canada Company | PO Box 9716 Station A<br>Toronto, ON M5W1R6<br>Canada | |
| ESHA Research Inc | 4747 Skyline Rd S Suite 100<br>Salem, OR 97306 | info@esha.com |
| Euclid Beverage | 200 Overland Dr.<br>North Aurora, IL 60542 US | |
| Eurofins Analytics, LLC | PO Box 25249<br>Richmond, VA 23260 | |
| EyeSee Inc | 530 7th Avenue - Suite 902<br>New York, NY 10018 | accounting@eyesee-research.com |
| Fab Works LLC | 81 Idlewood Blvd.<br>Staunton, VA 24401 | |
| Fabiano Brothers Inc | 1885 Bevanda Ct.<br>Carrollton Township, MI 48706 | |
| Fahr Beverage Inc | PO Box 358<br>Waterloo, IA 50704-0358 | |
| Fahr Beverage Inc | 1369 Martin Rd<br>Waterloo, IA 50701 US | |
| Fastenal | PO Box 978<br>Winona, MN 55987-0978 | |
| FBM _2592335 ONTARIO INC | 235 Nugget Ave Unit 21<br>Toronto, ON M1S3L3<br>Canada | accounts@focuscleaning.ca |
| Fechtel Beverage and Sales Inc. | 425 W Elm St<br>Jefferson City, MO 65101 | morgan.fechtel@fechtelbeverage.com |
| Federated Co-Operatives Ltd | PO BOX 1050<br>Saskatoon, SK S7K 3M9<br>Canada | Payments@FCL.CRS |

| | | |
|---|---|---|
| FEDEX | PO Box 4626 Toronto STN A<br>Toronto, ON M5W 5B4<br>Canada | cheryl.todish@fedex.com |
| Feldkamp Marketing | 7691 Five Mile Rd Suite 203<br>Cincinnati, OH 45230 | lisa@feldkampmarketing.com |
| Ferguson Enterprises LLC | 751 Lakefront Commons<br>Newport News, VA 23606 | |
| Festival Foods | | bhanson@festfoods.com |
| Finley Distributing Co. LLC | 2104 South Euclid Ave<br>Tucson, AZ 85713 | |
| Fischer-Thompson Beverages, Inc. | 25 Ironia Road<br>Flanders, NJ 07836 | afischer@ftbev.com |
| Fisher59 | 5050 West University Dr.<br>Denton, TX 76207 | accounting@fisher59.com |
| Five Star Distributing | 4055 E Park 30 Dr<br>Columbia City, IN 46725 | steve.hackler@fivestardistributing.net |
| Flip Give | 325 Front Street West Suite 400<br>Toronto, ON M5V 2Y1<br>Canada | mrocha@flipgive.com |
| Florida Distributing | 5901 Bolsa Avenue<br>Huntington Beach, CA  92647 | cgregersen@reyesholdings.com |
| Flow Alkaline Spring Water | 1655 Dupont Street, Studio 105<br>Toronto, ON M6P 3S9 | |
| Flow Alkaline Spring Water | 155 Industrial Parkway South Unit 7-10<br>Aurora, ON L4G 3G6<br>Canada | ar@flowhydration.com |
| Flow Beverages Inc., | 64 Triangle Drive,<br>Weyers Cave, Virginia 24486 | |
| Flow Beverages Inc., | 155 Industrial Pkwy S., Units 7-10,<br>Aurora, ON L4G 3V5 | |

| | | |
|---|---|---|
| FM Promotions | 90 Winges Rd. Unit 7 & Woodbridge, ON L4L 6A Canada | info@fmpromotions.ca |
| Food Safety Net Services Ltd. | 199 W Rhapsody Drive San Antonio, TX 78216 | |
| Foodlegal Pty Ltd | | accounts@foodlegal.com.au |
| Frameworth Custom Framing | 1198B Caledonia Road North York, ON M6A2W5 Canada | |
| Frank Beer Distributors, Inc | 2115 Pleasant View Road Middleton, WI 53562 | kirstenrabenhorst@frankbeveragegroup.com |
| Gatestone & Co. Inc | 400-555 Rue Chabanel Montreal, QC H2N 2H8 Canada | globalcustomerservice@gatestoneco.com |
| General Wholesale Beer Company | 615 Stonehill Drive SW Atlanta, GA 30336 | slockhart@gwc-atl.com |
| General Wholesale Co. of SC | 8025 Howard Street Spartanburg, SC 29303 US | |
| General Wholesale Company of Augusta | 537 Laney Walker Blvd Augusta, GA 30901 US | |
| George Dowbnia | | gdowbnia@hibbertgroup.com |
| Getty Images (Canada) Inc | 199 Bay Street Commerce Court West Toronto, ON M5L1A9 Canada | credit-NA@gettyimages.com |
| Glazer's Beer and Beverage | 11101 Smitty Lane Little Rock, AR 72117 US | |
| Gold Coast Eagle Distributing | 7051 Wireless Court Sarasota, FL 34240 | ap@gceagle.com |
| Golden Brands, LLC | PO Box 741368 Los Angeles, CA 90074-1368 US | |
| Goldman Sachs & Co. LLC | 200 West St New York, NY 10282 | alec.kenda@gs.com |
| Goldring Gulf | 8245 Opportunity Drive Milton, FL 32583 | nhargrove@gulfdistributing.com |

| | | |
|---|---|---|
| Google LLC | 1600 Amphitheatre Pkwy<br>Mountain View, CA  94043 | |
| Government of the Northwest Territories | Bag Service 1511<br>Yellowknife, NT X1A 2R3<br>Canada | environmentfund@gov.nt.ca |
| Great Bay Distributors Inc. | 2750 Eagle Ave N<br>St Petersburg, FL 33716 | |
| Great Bay Distributors Inc. | | KathyK@greatbaybud.com |
| Greenergy (BCP IV Service Station LP) | 140 Allstate Parkway Suite 503<br>Markham, ON L3R5Y8<br>Canada | |
| Greenhill & Co Canada Ltd | 79 Wellington Street West<br>Suite 3403 PO Box 333<br>Toronto, ON M5K 1K7<br>Canada | |
| GS1 Canada | c/o THI029 PO Box 4283<br>Postal Station A<br>Toronto, ON M5W 5W6<br>Canada | info@gs1ca.org |
| Gulf Distributing Co of Alabama | 5860 Endeavor Way<br>Huntsville, AL 35671 | nhargrove@gulfdistributing.com |
| Gulf Distributing Co of Alabama-Birmingham | 6990 Cross Drive<br>McCalla, AL 35111 | nhargrove@gulfdistributing.com |
| Gulf Distributing Co of Alabama-Huntsville | 5860 Endeavor Way<br>Huntsville, AL 35671 | nhargrove@gulfdistributing.com |
| Gulf Distributing Co of Birmingham | | nhargrove@gulfdistributing.com |
| Gulf Distributing Co of Mobile | 3378 Moffett Rd<br>Mobile, AL 36607 | nhargrove@gulfdistributing.com |
| Gulf Supreme of Central Alabama | 3217 Messer Airport Hwy<br>Birmingham, AL 35222 | nhargrove@gulfdistributing.com |
| GumGum Sports Inc. DBA Relo Metrics | 1314 7th Street 4th Floor<br>Santa Monica, CA 90401 | accounting@gumgum.com |

| | | |
|---|---|---|
| H.O.P.E Volleyball | 33 Library Lane<br>Unionville, ON L3R 5C4<br>Canada | marcia@hopevolleyball.com |
| Haddon Press Limited | 65 Crockford Blvd<br>Toronto, ON M1R3B7<br>Canada | |
| Hansen Partners LLC | PO Box 998<br>Fishersville, VA 22939 | |
| Harbor Distributing, LLC | 5901 Bolsa Avenue<br>Huntington Beach, CA 92647 | jbasal@reyesholdings.com |
| Harris Beach PLLC | 333 Earle Ovington Blvd Suite 901<br>Uniondale, NY  11553 | icornick@harrisbeach.com |
| Hayden Beverage Co. | 2910 E. Amity Road<br>Boise, ID 83716 US | |
| Hayes Beer of Rockford | 1819 Elmwood Rd<br>Rockford, IL 61103 | mlaloggia@hayesbeer.com |
| Heart of America Beverage | 1700 S Empire Ave<br>Springfield, MO 65802 | tdavidson@hoabev.com |
| Hector Duran and Alicia Barcomb | U.S. Dept. of Justice<br>Office of the U.S. Trustee<br>515 Rusk, Suite 3516<br>Houston, TX  77002 | hector.duran.jr@usdoj.gov<br>alicia.barcomb@usdoj.gov |
| Heidelberg Distributing of Dayton | 3601 Dryden Road<br>Dayton, OH 45439 | Mary.Menke@HeidelbergDistributing.com |
| Hero Brands Inc | 71 Sydney Ave.<br>Deal, NJ 07723 | |
| High Country Beverage | 4200 Ronald Reagan Blvd.<br>Johnstown, CO 80534 US | |
| High Peaks Distributing LLC | 1016 State Route 3<br>Saranac Lake, NY 12983 | bgriffin@mccraithbev.com |
| Hinge Consulting LLC | 10290 Alliance Rd<br>Blue Ash, OH  45242 | ar@hingeglobal.com |
| Hurricanes Hockey LP | 1400 Edwards Mill Road<br>Raleigh, NC  27607 | nigelw@carolinahurricanes.com |

| | | |
|---|---|---|
| Husky Oil Marketing Company | 225 6th Avenue S.W. PO BOX 766<br>Calgary, AB T2P 0M5<br>Canada | vince.kucey@cenovus.com |
| Hypte Solutions LLC | 5 Earl Ct. Suite 160<br>Woodridge, IL 60517 | |
| IDW Innovative DisplayWorks | 8825 Boston Place<br>Rancho Cucamonga, CA 91730 | |
| Imbibe Inc | 7350 N Croname Rd<br>Niles, IL 60714 | Tushara.Weerasooriya@mcmillan.ca |
| Inboden Environmental Services | PO Box 525<br>Mount Jackson, VA 22842 | |
| Independent Buyers' Co-Op | 4600 Eden Road<br>Arlington, TX 76001 | courtney@ibcco-op.com |
| Indiana Beverage | 2850 Barley Road<br>Valparaiso, IN 46383 | tony.koselke@indianabev.com |
| Inglasco Inc. | 2745 Rue de la Sherwood<br>Sherbrooke, QC J1K 1E1<br>Canada | mccebrian@inglasco.com |
| Inmar | One West Fourth St. Suite 500<br>Winston-Salem, NC 27101 | inmar.accountsreceivable@inmar.com |
| Innovative Integrated Solutions LLC | 1100 Military Road<br>Kenmore, NY 14217 | dsardo@iispkg.com |
| Innover Inc. | 221 Roswell Street Suite 172<br>Alpharetta, GA 30009 | umang.sharma@innoverdigital.com |
| Instacart | PO BOX 103272<br>Pasadena, CA 91189 | AR@instacart.com |
| InterChange | 1346 Plesants Dr, Ste 6<br>Harrisonburg, VA 22801 | |
| InterChange SOL | 443 South Oak Lane<br>Lyndhurst, VA  22952 | |
| Internal Revenue Service Center | P.O. Box 409101<br>Ogden, UT 84409 | |
| ISI Inc. (Instrumentation Services) | PO Box 712465<br>Cincinnati, OH 45271 | |

| | | |
|---|---|---|
| Island Distributing, L.L.C. | 6250 N River Rd Suite 9000<br>Rosemont, IL 60018 | rbgsupplier@reyesholdings.com |
| Jas Forwarding (Netherlands) | | B.V.leyla.ozkan@jas.com |
| Jazlyn Enterprises, LLC | 3321 Pensa Drive<br>Falls Church, VA 22041 | |
| John Celenza | | johnrcelenza@gmail.com |
| John P O'Sullivan Distributing Inc. | 4047 Market Place<br>Flint, MI 48507 US | |
| Johnson O'Hare Company, Inc. | 1 Progress Road<br>Billerica, MA 01821 | |
| Jo's Globe Distributing Inc | 1151 Greenbag Road<br>Morgantown, WV 26508 | anthonym@josglobe.com |
| Joshua Marshall | Contact Foreign Representative's counsel for information | jmarshall7893@gmail.com |
| JW Nutritional | PO BOX 258<br>Allen, TX 75013 | madeline@jwnutritional.com |
| Katherine T. Hopkins | Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | katherine.hopkins@kellyhart.com |
| Katie Wagner | | katewagnerr@icloud.com |
| Kay Beer Distributing Inc | 1881 Commerce Drive PO BOX 5127<br>De Pere, WI 54115 US | |
| Keg 1 Colorado, LLC | 1525 N Newport Road<br>Colorado Springs, CO 80916 US | |
| Keg 1 O'Neal | 213 Patriot Drive<br>Weatherford, TX 76087 US | |
| Ken Heberer | | Ken.heberer@distributingmgmt.com |
| Koerner Distributor | 1601 Pike Avenue PO Box 67<br>Effingham, IL 62401 | info@koernerdistributor.com |
| Kristen Distributing Co. | 8301 N State Hwy 6<br>Bryan, TX 77807 US | |
| La Crosse Beverage, LLC | 400 County Road OT PO BOX 323<br>Onalaska, WI 54650 US | |

| | | |
|---|---|---|
| Labelink | 400 Michener Road Unit 1<br>Guelph, ON N1K 1E4<br>Canada | |
| Latham & Watkins LLP | 650 Town Center Drive , 20th Floor<br>Costa Mesa, CA 92626 | CASHRECE@LW.COM<br>Jonathan.Gordon@lw.com<br>PERRY.VISCOUNTY@LW.COM |
| Laura Bedson | Milberg Coleman Bryson Phillips Grossman,<br>PLLC<br>Attn: Erin Ruben<br>900 W. Morgan Street<br>Raleigh, NC  27603 | eruben@milberg.com |
| Lawn Sharks Landscaping LLC | 57 Hawkins Pond Lane<br>Stuarts Draft, VA 24477 | |
| LBR Importing & Distributing, Inc DBA Angelo Caputo's Fresh Market | 520 East North Avenue<br>Carol Stream, IL 60188 | Estefanowicz@Caputomarkets.com |
| LDF Sales & Distributing Inc | 10610 E. 26th Circle North<br>Wichita, KS 67226 US | |
| Learfield Communications, LLC | Learfield Communications<br>PO Box 843038<br>Kansas City, MO 64184 | AR@LearfieldIMGCollege.com |
| Lee Beverage of Wisconsin, LLC | 2850 South Oakwood Road<br>Oshkosh, WI 54904 US | |
| Lee Distributors, LLC | 315 Marymeade Dr<br>Summerville, SC 29483 US | |
| Linde Gas & Equipment Inc. | 203 N Golden State Blvd<br>Turlock, CA 95380 | |
| Link Retail Solutions Inc. | 27 Kappele Ave<br>Toronto, ON M4N 2Z2<br>Canada | carrieg@linkretailsolutions.com |
| Long Beverage | 10500 World Trade Blvd.<br>Raleigh, NC 27617 | RLong@longbeverage.com<br>BShore@longbeverage.com |
| Long View Farms LLC | 2225 Airport Rd<br>Bridgewater, VA 02225 | |

| | | |
|---|---|---|
| MacEwen | 18 Adelaide Street PO BOX 100<br>Maxville, ON K0C 1T0<br>Canada | s.sinden@macewen.ca |
| Mac's Convenience Stores Inc. | 4204 Industrial Blvd<br>Laval, Quebec H7L 0E3<br>Canada | accountsreceivable@macs.ca |
| Magic City Beverage Co | PO BOX 908<br>Minot, ND 58702 | bradk@magiccitybev.com |
| Manhattan Beer Distributors, LLC | 955 E. 149th Street<br>Bronx, NY 10455 | customerservice@manhattanbeer.net |
| Manifesto Sport Management Inc. | 220 10th Street NE<br>Calgary, Alberta T2E 4M1<br>Canada | accounting@manifestosport.com |
| ManPower Solutions LLC | 682 South Wells Street<br>Lake Geneva, WI 53147 | |
| Maritime Air Charter Limited | 645 Pratt & Whitney Drive<br>Goffs, Nova Scotia B2T 0H4<br>Canada | info@maritimeair.com |
| McCraith Breverages Inc | 20 Burrstone Road<br>New York Mills, NY 13417 US | |
| McQuade Distributing | 1150 Industrial Dr PO Box 1196<br>Bismarck, ND 58502 US | |
| Meta Platforms Inc. | 1601 Willow Road<br>Menlo Park, CA  94025 | |
| Metro Beverage of Philadelphia | 455 Dunksferry Road<br>Bensalem, PA  19020 | katiebitting@metrobevphila.com |
| Miami Heat Limited Partnership | Attn: Krista Whitaker<br>601 Biscayne Blvd<br>Miami, FL 33132 | |
| Miami Heat Limited Partnership and Basketball Properties, Ltd | ArentFox Schiff LLP<br>Attn: James H. Hulme<br>1717 K Street, NW<br>Washington, DC  20006 | james.hulme@afslaw.com |
| Michael Cammalleri | | mac.cammalleri@gmail.com |

| | | |
|---|---|---|
| Michael Cappabianca | | mcappabianca@airdberlis.com |
| Michelle McGrattan | Contact Foreign Representative's counsel for information | themichellemethod@gmail.com |
| Milberg Coleman Bryson Phillips Grossman, PLLC | Erin Ruben, Esq.<br>900 W. Morgan Street<br>Raleigh, NC 27603 | eruben@milberg.com |
| Milberg Coleman Bryson Phillips Grossman, PLLC | Nick Suciu III, Esq.<br>6905 Telegraph Road, Suite 115<br>Bloomfield Hills, MI 48301 | nsuciu@milberg.com |
| Milberg Coleman Bryson Phillips Grossman, PLLC | Gary Klinger, Esq.<br>221 West Monroe Street, Suite 2100<br>Chicago, IL 60606 | gklinger@milberg.com |
| Milberg Coleman Bryson Phillips Grossman, PLLC | J. Hunter Bryson, Esq.<br>405 E 50th Street<br>New York, NY 10022 | hbryson@milberg.com |
| Minister of Finance SK | Revenue Division, PO Box 200<br>Regina, SK S4P 2Z6<br>Canada | SaskTaxInfo@gov.sk.ca |
| Minnesota Department of Revenue | P.O. Box 64622<br>St. Paul, MN 55164-0622 | |
| Missouri Western State University Foundation, Inc. | 4525 Downs Drive<br>St. Joseph, MO 64507 | |
| Mitchell Beverage Meridian | 100 49th Ave<br>Meridian, MS  39307 | gina.farley@mitchellcompanies.com |
| Mitchell Beverage of Maryland, LLC  DBA Chesapeake Beverage | 10000 Franklin Square Drive<br>Nottingham, Maryland  21236 | info@chesapeakebeverage.com |
| MMSB | PO BOX 8131 Station A<br>St. John's, Newfoundland A1B 3M9<br>Canada | remittances@mmsb.nl.ca |
| Mockler Beverage Company | 11811 Reiger Road<br>Baton Rouge, LA 70809 | meghanw@mocklerbeverage.com |
| Monarch Distributing | 5901 Bolsa Avenue<br>Huntington Beach, CA  92647 | IHolland@reyesholdings.com |

| | | |
|---|---|---|
| Morelli's Distributing | PO BOX 1517<br>Minot, ND 58702 | Morellis@srt.com |
| Morvillo Abramowitz Grand Iason & Anello P.C. | 565 Fifth Avenue<br>New York, NY 10017 | |
| Mountain Beverage | PO BOX 4308<br>Gypsum, CO 81637 | info@mountainbeverage.com |
| MS Endeavor, Inc (DBA) The Defiant | 8285 W Sunset Blvd Suite 8<br>West Hollywood, CA 90046 | business.affairs@thedefiant.com |
| Muir Hotel | | kwillyard@armourgroup.com |
| National Golf Course Owners Association Canada (NGCOA) | 515 Legget Drive Suite 810<br>Ottawa, ON K2K 3G4<br>Canada | qxiong@ngcoa.ca |
| National Hockey League Players' Association and Hockey Ventures (Canada) Inc. | TORYS LLP<br>79 Wellington Street West<br>Suite 3000<br>Toronto, ON M5K 1N2 | |
| National Hockey League Players' Association and Hockey Ventures (Canada) Inc. | | sbomhof@torys.com |
| National Hockey League Players' Association and Hockey Ventures (Canada) Inc. | | mnoel@torys.com |
| NBF Holdings Canada Inc | 10 Goddard Crescent<br>Cambridge, ON N3E 0A9<br>Canada | dbolitho@nutrablendfoods.com |
| Nellys Powerskating and Skills Inc | 1798 S. Mark Lane<br>Round Lake, IL  60073 | aboveandbeyondhockey1@gmail.com |
| Nelson Jameson Inc. | PO Box 1147<br>Marshfield, WI 54449 | |
| Neogen Corporation, USA | 620 Lesher Place<br>Lansing, MI 48912 | |
| NetSuite Inc | | rvaldez@netsuite.com |
| New Era Cap Co.Inc. | 6205A Airport Road, Suite 102<br>Mississauga, ON L4V 1E1<br>Canada | |

| | | |
|---|---|---|
| New Team LLC DBA Team Enterprises | 1 West Olas Blvd, 4th Floor<br>Fort Lauderdale, FL 33301 | info@teamenterprises.com |
| NHL ENTERPRISES, LP | 395 9th Avenue, 25th Floor<br>New York, New York 10001 | nlinden@nhl.com |
| Nice-Trading Oy | Purokatu 9 C<br>21200 Raisio, Finland | markus@nice-trading.fi |
| Nielsen Consumer LLC | PO Box 88956<br>Chicago, IL 60695-8956 | Consumerusbilling@nielseniq.com |
| Nielsen IQ | 200 West Jackson Boulevard<br>Chicago, IL 60606 | nar01@enterprisenet.org |
| NJ Controls LLC | 3281 Grace Ann Dr.<br>Vineland, NJ 08360 | |
| Nordson Corporation | PO Box 802586<br>Chicago, IL 60680-2586 | |
| North Kansas City Beverage Co. | 203 E. 11th Ave.<br>Kansas City, MO 64116 | tborland@nkcbev.com |
| NSF International US | 789 N. Dixboro Rd.<br>Ann Arbor, MI 48105 | payments@nsf.org |
| Nutrasource Pharmaceutical and Nutraceutical Services | 101-120 Research Lane<br>Gueph, ON N1G 0B4<br>Canada | Ssaman@nutrasource.ca |
| NYSCO Products LLC | 211 Saw Mill River Rd<br>Hawthorne, NY 10532 | info@nysco.com |
| O&W | 3003 William Ave<br>Ypsilanti, MI 48198 US | |
| O'Connor Distributing | 111 Overton St<br>Hot Springs, AR 71901 | rschwartz@oconnordistributing.com |
| O'Fallon Hoots | 900 TR Hughes Blvd<br>O'Fallon, MO 63366 | dschmoll@ofallonhoots.com |
| Ohio Eagle | 9300 Allen Road<br>West Chester, OH 45069 | |
| Origlio Beverage | 3000 Meeting House Road<br>Philadelphia, PA 19154 | mgoral@origlio.com |

| | | |
|---|---|---|
| Osprey Beverages LLC | PO Box 470<br>Jackson, WY 83001 | beischen@ospreybev.com |
| P & G Tzelalis O.E | 37 Amarousiou Av<br>Likovrisi 141 23, Greece | ptzelalis@tzelalis.eu |
| PA Department of Revenue | PO Box 280905<br>Harrisburg PA 17128-0905 | |
| Pace Analytical Services, LLC | 1800 Elm St. SE<br>Minneapolis, MN 55414 | |
| Palm One Investments LLC | | mpriolo@density.ca |
| PARKLAND CORPORATION | 1800-240 4 Ave SW<br>Calgary, AB T2P 4H4<br>Canada | |
| Pattison Outdoor Advertising LP | 2700 Matheson Blvd. East Suite 500<br>West Tomer<br>Mississauga, ON L4W 4V9<br>Canada | CTEAM@PATTISONOUTDOOR.COM |
| PEARSALL, MARSHALL, HALLIWILL & SEATON LLP | | dhalliwill@pmhslaw.com |
| Pepin Distributing | 4121 N 50th Street<br>Tampa, FL 33610 | rhiestand@teampepin.com |
| Phase 1 Prototypes, LLC | PO Box 140698<br>Irving, TX  75014 | mail@p1proto.com |
| Philadelphia 76ers, L.P. | Paul Fenstermaker<br>3 Banner Way<br>Camden, NJ 08103 | paulfenstermaker@hbse.com |
| Pine State Beverage | 100 Enterprise Ave<br>Gardiner, ME  04345 | Billbacks@PineStateTrading.com |
| Plative Inc. | 524 Broadway, 11th Floor<br>New York, NY 10012 | kpickett@plative.com |
| Platon Alexandrakis | | Platon@alexandrakislaw.com |
| PMX Air Express Inc | | pmxair@efsnet.ca |
| PR Petroleum Ltd | 3002 East Kelowna Rd<br>Kelowna, BC V1W 4H3<br>Canada | seeham.elfarse@cancopetroleum.ca |

| | | |
|---|---|---|
| Premium Beverage Company | 928 N Railroad Ave<br>Opelika, AL 36801 | lclark@prembev.net |
| Premium Distibutors of VA, LLC | 15001 Northridge Dr<br>Chantilly, VA 20151 US | |
| Premium Distributors of Michigan, L.L.C. | 6250 N. River Road Suite 9000<br>Rosemont, IL  60018 | rodeleon@reyesholdings.com |
| Premium Distributors of VA, LLC | 15001 Northridge Dr<br>Chantilly, VA  20151 | rbgsupplier@reyesholdings.com |
| Premium Distributors of Washington, DC, L.L.C. | 3500 Fort Lincoln Dr NE<br>Washington, DC 20018 US | |
| Premium Distributors of Washington, DC, L.L.C. | PO BOX 742861<br>Atlanta, GA  30374-2861 | reyesholdings.cls.inbox@highradius.com |
| Presence Marketing | 12 Executive Court<br>South Barrington, IL  60010 | kvalentine@pmidpi.com<br>jcaulkins@pmidpi.com |
| Prince Edward Island | Department of Taxation PO Box 1330<br>Charlottetown, PE C1A 7N1<br>Canada | peitreasury@gov.pe.ca |
| Proactive Supply Chain Solutions | 300 Gibralter Road<br>Vaughn, ON L4H 4Z8<br>Canada | ar@proactivegroup.ca |
| Product Connections | 5100 Legacy Drive<br>Plano, TX  75024 | PWARInvoices@crossmark.com |
| Pro-X Event Inc. | 7615A Bath Road<br>Mississauga, ON L4T 3T1<br>Canada | feng@proxevent.ca |
| Pulp & Fiber Inc. o/a Community | 400-822 Richmond Street West<br>Toronto, ON M6J 1C9<br>Canada | accounting@pulpandfiber.com |
| Quad Packaging | 1585 Dewberry Road<br>Spartanburg, SC  29307 | mvechart@quad.com |
| Qualified Staffing of Virginia LLC | 5361 Gateway Centre, Ste A<br>Flint, MI 48507 | |

| | | |
|---|---|---|
| Quality Acquisition Company dba Eagle brands Sales | 3201 NW 72nd Avenue<br>Miami, FL  33122 | cvincenty@eaglebrands.com |
| Quality Brands of Omaha | 13255 Centech Road<br>Omaha, NE  68138 | loretta.lang@qbdist.com |
| Quarles Inc | PO Box 981414<br>Boston, MA 02298-1414 | |
| Quotient Technology Inc. | 1260 E Stringham Ave. Suite 600<br>Salt Lake City, UT  84106-2962 | cashreceipts@quotient.com |
| RBC Ampli Inc. | 20 Bay Street, 17th Floor<br>Toronto, ON M5 2N8<br>Canada | billing@ampli.ca |
| Roadrunners Courier | 400 Creditstone Rd. #2<br>Concord, ON L4K 3Z3<br>Canada | danielle@zaptor.com |
| Robert L. Thomas, III | Hansen Partners, LLC<br>P.O. Box 998<br>Fishersville, VA 22939 | thomas@virginiarealtygroupllc.com |
| Robert L. Thomas, III | Contact Foreign Representative's counsel for information | thomas@virginiarealtygroupllc.com |
| Rogers Media Inc | 1 Mount Pleasant Rd. 5th Floor<br>Toronto, ON M4Y 2Y5<br>Canada | eric.boughton@rci.rogers.com |
| Royal Bank of Canada | 10 York Mills Rd. 3rd Floor<br>Toronto, ON M2P 0A2 | |
| RRFB Nova Scotia | 25 Commercial Street, Suite 400<br>Truro, NS B2N 3H9<br>Canada | info@divertns.ca |
| RWS Design and Controls, Inc. | 13979 Willowbrook Road<br>Roscoe, IL 61073 | |
| RXO Managed Transport, LLC | 5 American Lane<br>Greenwich, CT 06831 | cmills@millerthomson.com<br>psawicki@millerthomson.com |

| | | |
|---|---|---|
| RXO Managed Transport, LLC | Legal Department<br>Nick Bibler<br>11215 North Community House Road<br>Charlotte, NC  28277 | Nick.Bibler@rxo.com |
| Ryan Scarfone | Contact Foreign Representative's counsel for information | ryanjscarfone@gmail.com |
| S.R. Perrott, Inc | PO Box 836<br>Ormoond Beach, FL 32175 US | |
| Safeguard | 76 Brookshire Circle<br>Thornhill, ON L3T 7B2<br>CANADA | shaunr@gosafeguard.com |
| Sales Line LTD | 4 Reading Road<br>Pangbourne, Berkshire RG87LYUK<br>UK | charles.foden@email.com |
| Sanj Mitra | | smitra@airdberlis.com |
| Sartorius Corporation (Pipette) | 565 Johnson Ave<br>Bohemia, NY 11716 | |
| Savannah Distributing Co. | 2425 West Gwinnett Street<br>Savannah, GA 31415 | billbacks@savdist.com |
| Save Mart Supermarkets | 1800 Standiford Ave<br>Modesto, CA 95350 US | |
| Schott Distributing co, Inc. | 6735 Hwy 14 East<br>Rochester, MN 55904 | jill@schott-sch.com |
| SCI Logistics | 180 Attwell Drive<br>Toronto, ON M9W 6A9<br>Canada | beulah.vijayakumar@sci.ca |
| SCI Logistics | 6590 Millcreek Dr<br>Mississauga, ON L5N 8B3<br>Canada | |
| Scott Coulton | | scott_coulton@hotmail.com |
| Seaview Beverage | 195 Lehigh Ave Ste 10<br>Lakewood, NJ  08701 | bmooneyseaview@gmail.com |
| Segra | PO Box 631140<br>Cincinnati, OH 45263-1140 | |

| | | |
|---|---|---|
| Shamrock Environmental Corporation | 6106 Corporate Park Drive<br>Browns Summit, NC 27214 | |
| Shell Canada Products | PO Box 100, Station M<br>Calgary, AB T2P 2H5<br>Canada | |
| Silver Eagle Beverages | 4609 West US Highway 90<br>San Antonio, TX 78237 US | |
| Silver Eagle Distributors Houston, LLC | P.O. Box 841521<br>Dallas, TX  75284-1521 | |
| Simmtech Process Engineering Corporation | 72 Devon Road<br>Brampton, ON L6T 5A3<br>Canada | mnimalan@simmtech.ca |
| SK Team LLC | 1550 S Pavilion Center Dr<br>Las Vegas, NV  89135 | msnoeberger@vegasgoldenknights.com |
| Skip Shapiro Enterprises, LLC | 318 Hawthorn Street<br>New Bedford, MA  2740 | AR@ShapiroE.com |
| Skyland Distributing Company | 1 Overland Industrial Blvd<br>Asheville, NC  28806 | cmarvin@sdcwnc.com |
| Sodexo Canada Ltd. | Lock Box T57775C Sodexo Canada-<br>P.O.Box 57775, STN A<br>Toronto, ON M5W 5M5<br>Canada | CAProcurementFinance@sodexo.com |
| Sonoco Products Co | 91218 Collections Center Drive<br>Chicago, IL 60693 | |
| Southern Air Inc. | PO Box 4205<br>Lynchburg, VA 24502 | |
| Southern Arizona Distributing | PO Box 632<br>Safford, AZ  85548 | danielle.chavez@lindendist.net |
| Southern Beverage Co. | 1939 Davis Johnson Dr.<br>Richland, MS  39218 | tammy.blaine@southernbeverage.com |
| Southern Crown Partners | 908 Jackson Street<br>Myrtle Beach, SC  29577 | accountspayable@scpdist.com |
| Southern Eagle Distributing | 5300 Glades Cut Off Rd<br>Fort Pierce, FL  34981 | |

| | | |
|---|---|---|
| Southern Glazers Wine and Spirits LLC | PO BOX 279370<br>Miramar, FL  33027-9370 | nvsupplierbilling@sgws.com |
| Southern Thermal Solutions, Inc. | PO Box 276<br>Mt. Crawford, VA 22841 | |
| Specialized | 15130 Concord Circle<br>Morgan Hill, CA  95037 | Martha.Valdez@specialized.com |
| Speed Global Services | 2299 Kenmore Ave<br>Buffalo, NY  14207 | ar@speedgs.com |
| Spins LLC | 222 West Hubbard St. #300<br>Chicago, IL  60654 | accounts_receivable@spins.com |
| Sportified LLC. | 2384 South 220th Avenue<br>Elkhorn, NE  68022 | |
| Spotlight Ticket Management, Inc | 26635 West Agoura Rd. (Bldg. E)<br>Suite 200<br>Calabasas, CA  91302 | accounting@Ticketmanager.com |
| SPS Commerce | PO Box 205782<br>Dallas, TX  75320-5782 | billing@spscommerce.com |
| Standard Beverage | 2526 East 36th Circle N.<br>Wichita, KS 67219 | |
| Standard Sales Company | 4800 E. 42nd St, Suite 400<br>Odessa, TX  79762 | pmorales@standardsales.com |
| Star Distributors Inc. | 460 Frontage Road<br>West Haven, CT  06516 | |
| Statco Engineering and Fabricators | 7595 Reynolds Circle<br>Huntington Beach, CA 92647 | |
| Stephan W. Milo, Esq. | Wharton Aldhizer & Weaver, PLC<br>125 S. Augusta Street, Suite 2000<br>Staunton, VA 24401 | smilo@wawlaw.com |
| Stephens Distributing Company | 5650 Anglers Ave<br>Fort Lauderdale, FL  33312 | susan@stephensdist.com |
| StevensE3 | 2101 Oxford Street East<br>London, ON TN5V2Z7<br>Canada | adrianh@stevense3.com |

| | | |
|---|---|---|
| Summit Distributing | 3201 Rider Trail South<br>Earth City, MO 63045 US | |
| SummitHill Sales and Marketing, Inc | 1501 E. Orangethorpe Ave., Suite #240<br>Fullerton, CA  92831 | COLEM@SUMMITHILLSALES.COM |
| Sunbelt Rentals, Inc | | sstolte@sandbergphoenix.com<br>catherine.hargis@sunbeltrentals.com |
| Suncoast Beverage Sales | 2996 Hanson Street<br>Fort Myers, FL 33916 US | |
| Superior Beverage Group, Ltd. | 31031 Diamond Parkway<br>Glenwillow, OH 44139 US | |
| Supply One | 90 Packaging Drive<br>Weyers Cave, VA  24486 | hchico@supplyone.com |
| SupplyOne - Weyers Cave Inc | 90 Packaging Drive<br>Weyers Cave, VA  24486 | hpauley@supplyone.com |
| Surge Staffing LLC | PO Box 933201<br>Atlanta, GA 31193-3201 | |
| SVOE | PO Box 878<br>Verona, VA 24482 | |
| Tampa Bay Arena LLC | 401 Channelside Dr<br>Tampa, FL  33602 | AccountsReceivable@viniksportsgroup.com |
| Tate Engineering Inc. | 3921 Vero Rd<br>Baltimore, MD 21227 | |
| TB Pallets LLC | 3879 East Side Highway<br>Grottoes, VA 24441 | |
| TCS Total Customs Service | 2555 Dollard Avenue, Suite 206<br>Lasalle, QC H8N 3A9<br>Canada | tanya@totalcustoms.ca |
| Terence G. Banich | Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60601 | terence.banich@katten.com |
| Tetra Pak Canada Inc | 15 Allstate Park, 6th Floor<br>Markham, ON TL3R 5B4<br>Canada | Pascaline.Ngassa@tetrapak.com |

| | | |
|---|---|---|
| Tetra Pak Inc. | 3300 Airport Road<br>Denton, TX  76207 | Pascaline.Ngassa@tetrapak.com |
| TFP (The Fourth Period) Media Inc. | 25 Swenson St.<br>Alliston, ON TL9R 0J6<br>Canada | pagnotta@tfpmedia.com |
| The Beverage Market LLC | 60 Pilsner Place<br>Charleston, WV  25312 | dconrad@tbm304.com |
| The Data Council LLC | 18100 Von Karman Avenue Suite 1000<br>Irvine, CA  92612 | TDC.Accounting@advantagesolutions.net |
| The Government of Yukon | Box 2703<br>Whitehorse, YT Y1A 2C6<br>Canada | YGrecycles@yukon.ca |
| The Hibbert Company | 400 Pennington Ave, P.O. Box 8116<br>Trenton, NJ  08650-0116 | JDezelich@hibbertgroup.com |
| The Hibbert Group | 19521 E. 32nd Pkwy<br>Aurora, CO 80011 | |
| The Juice Press LLC | 1 W 22nd Street<br>New York, NY  10011 | accounting@juicepress.com |
| The Legends Brand Inc. | 5500 W. Rosecrans Ave<br>Hawthorne, CA  90250 | |
| The Los Angeles Lakers, Inc. | Attn: Daniel M. Grigsby<br>2275 E. Mariposa Avenue<br>El Segundo, CA 90245 | dgrigsby@la-lakers.com |
| The Sultzer Law Group P.C. | Jason P. Sultzer, Esq.<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601 | sultzerj@thesultzerlawgroup.com |
| The Sultzer Law Group P.C. | Philip J. Furia, Esq.<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601 | furiap@thesultzerlawgroup.com |
| The Sultzer Law Group P.C. | Daniel Markowitz, Esq.<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601 | markowitzd@thesultzerlawgroup.com |
| Theodore R. Goldstock | | trgoldstock@lerchearly.com |

| | | |
|---|---|---|
| Toe Drag Hockey School | 289 Maria St<br>Toronto, ON M6P 1W6<br>Canada | dynee99@gmail.com |
| Tops Markets LLC | PO Box 1027<br>Buffalo, NY 14240-1027 US | |
| Total Customs Services USD | 2555 Dollard Avenue, Suite 206<br>Lasalle, QC H8N 3A9<br>Canada | tanya@totalcustoms.ca |
| Transcontinental Printing 2005 G.P | 1500, Boul. Jules Poitras<br>Saint Laurent, QC H4N 1X7<br>Canada | sukhjit.m@artisancomplete.com |
| Triangle Wholesalers Inc. | 700 Jamesson Rd, Suite A<br>Midland, GA  31820 | deanna@tribev.com |
| Tri-City Distributors, L.P. | 523 F.M. 306<br>New Braunfels, TX  78130 | sdewaters@tricitybud.com |
| Trumbo Electric, Inc. | PO Box 38<br>Broadway, VA 22815 | |
| TSN | 9 Channel Nine Court<br>Toronto, ON M1S 4B5<br>Canada | AR@bellmedia.ca |
| U.S. Attorney's Office | Southern District of Texas<br>1000 Louisiana, Ste. 2300<br>Houston, TX 77002 | usatxs.atty@usdoj.gov |
| UniFirst Corporation | 68 Jonspin Road<br>Wilmington, MA 01887 | |
| UniFirst First Aid Corp | 3499 Rider Trail S<br>St. Louis, MO 63045 | |
| United States Soccer Federation, Inc. | Attn: Alidu Salifu<br>303 East Wacker Dr, Suite 1200<br>Chicago, IL 60601 | asalifu@ussoccer.org |
| University of Ottawa | Sports Services, 85 University Priv.<br>Room 333<br>Ottawa, ON K1N 6N5<br>Canada | mbarnett@uottawa.ca |

| | | |
|---|---|---|
| USA Hockey, Inc. | USA Hockey Inc<br>1775 Bob Johnson Dr<br>Colorado Springs, CO 80906 | PamG@USAHOCKEY.org |
| Valley Fluid Components | PO Box 21954<br>York, PA 17402 | |
| Virginia Tax Office of Customer Services | PO Box 1115<br>Richmond, VA 23218-1115 | |
| VSG c/o Steven M. Berman | Shumaker, Loop & Kendrick, LLP<br>101 East Kennedy Boulevard, Suite 2800<br>Tampa, Florida 33602 | sberman@shumaker.com |
| VT Info. Processing Inc | 402 Watertower Circle<br>Colchester, VT  05446 | AR@VTINFO.COM |
| Walters-Dimmick Petroleum Inc | 1620 S Kalamazoo Ave<br>Marshall, MI  49068 | rthurston@waltersdimmick.com |
| Wasserman | 10900 Wilshire Blvd #1200<br>Los Angeles, CA  90024 | kcarto@teamwass.com |
| Waste Connections of Canada | 650 Creditstone Road<br>Concord, ON L4K 5C8<br>Canada | |
| Waste Management of Virginia Inc. | PO Box 43470<br>Phoenix, AZ 85080 | |
| Waste Management, Inc. c/o Tara T. LeDay | 1200 Smith Street, Suite 1400<br>Houston, TX 77002 | tara.leday@chamberlainlaw.com |
| WEBB Banks Caribbean Ventures, LLC d/b/a WB Canna Co. | Alexandrakis Law PLLC<br>c/o A. Planton Alexandrakis<br>55 Merrick Way, Suite 202A<br>Coral Gables, FL 33134 | |
| Western Beverage, LLC dba Double Eagle Distributing | 50 Lock Road<br>Deerfield Beach, FL  33442 | scarlock@doubleeagledist.com |
| WhiteWater Web | 4609 Sugar Maple Drive<br>Ottawa, ON K1V1Y5<br>Canada | jody@whitewatersolutions.com |

| | | |
|---|---|---|
| Wiggins Enterprise, Inc. | 7701 Golden Valley PO Box 270030<br>Golden Valley, MN  55427 | rclarke@awigginsenterprise.com |
| Wilmington Trust, National Association | | jfeil@wilmingtontrust.com<br>rhewitt@cov.com |
| Wilsbach Distributors | 1977 Oberlin Road<br>Harrisburg, PA  17111 | mcalla@wilsbach.com |
| Wincraft, Incorporated | PO BOX 708<br>Winona, MN  55987 | accountsreceivable@wincraft.com |
| Winn-Dixie Stores Inc | PO Box 850001<br>Orlando,  FL 32885-0230 US | |
| WISE Toronto | 50 Bay Street, 11th Floor<br>Toronto ON M5J 2X8<br>Canada | tor_treasurer@wiseworks.org |
| WOMBLE BOND DICKINSON (US) LLP | | patrick.strubbe@wbd-us.com<br>jeffrey.tarkenton@wbd-us.com<br>matt.homan@wbd-us.com |
| Wright Beverage Distributing | 3165 Brighton-Henrietta Townline Rd.<br>Rochester NY 14623-2795 US | |
| Wright Hand Packaging Inc. | 2679 Bristol Circle Unit 7<br>Oakville, ON L6H 6Z8<br>Canada | RobertW@ccpsinc.ca |
| XPO Logistics | 11215 North Community House Road<br>Charlotte, NC  28277 | invoiceinquiry@rxo.com |
| XPO Logistics Managed Transportation | 29983 Network Place<br>Chicago, IL  60673-1299 | nick.bibler@xpo.com |